# Exhibit 2A



**ILLINOIS SECRETARY OF STATE**

# SECRETARY OF STATE

## SECURITY POLICIES AND STANDARDS

## FOR

## EXTERNAL USERS

REVISED: JUNE 2020

Printed by the authority of the State of Illinois. April 2021 –1– IT 6



# ILLINOIS SECRETARY OF STATE

## Contents

Overview ...............................................................................................................................3

Definition and Types ...........................................................................................................3

Executive Summary..............................................................................................................4

Information Security Directive .............................................................................................4

Security Environment...........................................................................................................4

Roles and Responsibilities ...................................................................................................5

Sanctions for Policy Violations ............................................................................................5

Policy Administration ..........................................................................................................6

Information Security ............................................................................................................6

Risk Assessment Standards .................................................................................................6

Risk Management and Security Controls .............................................................................7

Information Classification, Handling and Disposal...............................................................8

Incident Response ............................................................................................................11

Use of ILSOS Systems and Information .............................................................................13



## ILLINOIS SECRETARY OF STATE

## Overview

The enclosed document is a set of policies and standards that define the fundamental principles that enable the protection of the Illinois Secretary of State's (ILSOS) critical operations, partners, assets, staff and customers. Compliance to these policies is mandatory.

**Proprietary Information**
The enclosed policies and standards are proprietary to the Illinois Secretary of State.

## Definition and Types

**Personal Identifiable Information (PII)** includes the following:
- First name (or initial) and last name;
- Address;
- Driver's license or identification card number;
- Social Security number;
- Image;
- Signature;
- Account or credit card number with or without a security code, access code or password;
- Medical information;
- Biometric data;
- Email address;
- Telephone number;
- Date of birth;
- Height;
- Weight;
- Hair color;
- Eye color.

"Personal information" does not include publicly available information that is lawfully made available to the general public from federal, state or local government records. (815 ILCS 530/5)

➢ Per the Illinois Vehicle Code, some of the above information is highly confidential. The Illinois Secretary of State considers customer information as highly sensitive; therefore, the ILSOS reserves the right to strengthen PII classification at its discretion.

**References**
Illinois SB1344
Federal Drivers Privacy Protection Act, 18 USC § 2721 et. seq.
Illinois Vehicle Code, 625 ILCS 5/2-123
Personal Information Protection Act, 815 ILCS § 530 et. seq.
Title 92 Illinois Administrative Code, Part 1002.

# ILLINOIS SECRETARY OF STATE



## Executive Summary

It is the obligation of all users of the ILSOS's computer systems and those who receive ILSOS data to protect the confidentiality and integrity of the ILSOS assets. The computer systems, networks and data of the ILSOS are utilized to perform a valuable service to the people of this state and contain confidential information about the citizens of the state and the state's business. This information must be protected from unauthorized access, theft and destruction.

Due to the tremendous amount of information collected, stored, processed and shared with the ILSOS's partners, the ILSOS establishes a high priority to the protection of critical information. The foundation of an effective information security program is strong information security policies that are in balance with ILSOS operations. Information Security Policies define a concise set of behaviors that provide a secure and ever-enabling environment in which the ILSOS will use and manage its information resources with protection from data loss, service disruption, misuse or unauthorized access. The ILSOS's Information Security Policies represent the combined efforts of the Deputy Secretary of State/Chief of Staff, Department of Information Technology, Personnel, Legal, Internal Audit and the Security Policy Committee (SPC).

## Information Security Directive

The management of the ILSOS is committed to refining and maintaining appropriate policies and standards that ensure integration of information systems in line with the ILSOS's mission, overall business operations and risk posture in accordance with regulatory guidelines. This shall be accomplished by active management oversight, effectively managing and monitoring information security risks, delineating clear accountability, and setting appropriate review processes to ensure that the infrastructures necessary to identify, monitor, and control information security risks are continuously addressed.

## Security Environment

The ILSOS utilizes customer data to deliver products and services to our customers. It collects, processes, stores and shares sensitive information that enables the ILSOS to maintain and perform its mission. Accordingly, all customer information — as well as other sensitive "need-to-know" information — will be protected by all staff, contractors, partners and service providers in accordance with well-defined policies and standards. It should be noted that no customer payment card information is processed or stored within any ILSOS application/system. All customer payment card data is processed by a third party provider. No payment card processing is performed by the ILSOS.

External Users shall operate on the security principle of least privilege "that which is not explicitly allowed is explicitly denied." Attempts by anyone to access, monitor, use or share information that is not explicitly allowed to them will be considered a security violation. External Users will also operate on the principle of "Defense in Depth." The security of the ILSOS's information will not rely on a single means of protection when multiple means of protection are justified by its risk assessment. External Users will deploy systems, processes, policies, procedures and training to protect mission critical data assets and ILSOS's operations. Most importantly, the ILSOS will monitor and enforce compliance to these established policies.



# ILLINOIS SECRETARY OF STATE

To this end, these policies and standards address the ILSOS systems and data to ensure the continued confidentiality, integrity and availability for data and critical systems. This particular area focuses on the responsibilities of External Users.

## Roles and Responsibilities

The Executive Office of the ILSOS is ultimately responsible for the oversight of the agency's Information Security Program. Designated management-level representatives from each functional area of the ILSOS's office who comprise the Security Policy Committee (SPC) shall provide direct oversight. Assignments are based upon technical and/or managerial competency in relation to the complexity of the products or services. The SPC will periodically provide reports to the Executive Office to guide program adjustments.

The director of DoIT will provide oversight of the employees who are responsible for carefully considering the impact of any policy or procedural changes in current products, services and practices, which may affect both the security of information and functionality of products.

All External Users must maintain the individual responsibilities as outlined in subsequent sections of this document. External Users may be required to acknowledge their acceptance of those responsibilities in writing. The guiding principles for External Users include:

- o Limit access to users adhering to least privilege and a "need-to-know" basis.
- o Deploy information security safeguards in a "Defense in Depth" strategy to limit single points of potential vulnerabilities.
- o Enforce accountability of ILSOS policies.
- o Remain vigilant for new threats that may cause damage to the ILSOS, or its customer data, stored or written, and adjust the external security program to control such risks.
- o Illinois Secretary of State data must reside within the continental United States.
- o Access to the Illinois Secretary of State must be established within the continental United States.

External Users are required to comply with these policies and standards established by the ILSOS. All External Users accessing any ILSOS systems or information will execute an access agreement and/or a confidentiality agreement.

## Sanctions for Policy Violations

Failure to comply with these policies and standards may result in sanctions by the ILSOS. Any sanctions will be in direct correlation to and depending upon the type and severity of the violation, such as, whether it causes any liability or loss, and/or the presence of any repeated violation(s). Each situation will be judged on a case-by-case basis. Sanctions may include referral for criminal or civil prosecution depending upon the severity of the violation. This policy constitutes advance notice that appropriate sanctions shall be imposed for violations. Sanctions may also include termination of the access agreement between the External User and the ILSOS.



## ILLINOIS SECRETARY OF STATE

## Policy Administration

The ILSOS Security Administrator will have the responsibility for reviewing and updating the Information Security Policies. Security policies will be reviewed by the SPC and approved by the Executive Office of the ILSOS for implementation. All policies will be reviewed annually and updated when there are changes to the environment. All policies are subject to review by internal and external auditors.

## Information Security

Protecting the confidentiality, integrity, and availability of customer and sensitive financial information, records, and transactions is critical to the ILSOS. All customers' personally identifying information is confidential, regardless of the media on which it is stored, the manual or automated systems that process it, or the methods by which it is distributed. All External Users share in the responsibility to ensure that the appropriate controls are implemented and that information security remains a constant priority.

This document is to be used in conjunction with sound risk analysis and good judgment. The primary objective of this document is to ensure that the appropriate protections are placed on all of the ILSOS's customer information, records and transactions.

All information collected, processed, stored on or transmitted in and throughout the ILSOS's systems and networks shall be treated as ILSOS's assets. It is the policy of the ILSOS to prohibit unauthorized access, disclosure, duplication, modification, diversion, destruction, loss, misuse or theft of all information assets.

All External Users shall maintain information security programs to control risks associated with access, use, storage, sharing and destruction of sensitive customer information. These programs document minimum standards of behavior for External Users and include clear guidance for the operations. At a minimum, these programs include:

- o Access Control
- o Audit and Accountability
- o Awareness and Training
- o Security and Risk Assessment
- o Configuration Management
- o Identification and Authorization
- o Incident Response
- o Monitoring and Reporting
- o Vendor Management

## Risk Assessment Standards

For each critical process deployed, the External User shall undertake a comprehensive risk assessment to identify critical information assets, threats to those assets and effectiveness of risk controls. The risk assessment shall review risks to the entire process and not be limited to specific IT systems. The risk assessment shall be performed following best practices such as the guidelines published in the National



**ILLINOIS SECRETARY OF STATE**

Institute of Standards & Technology (NIST) SP800-30. The risk assessment shall be conducted on at least an annual basis and the results thereof shall be made available to the ILSOS upon request.

## Risk Management and Security Controls

All information systems require effective and reliable controls to maintain data confidentiality, assure availability and integrity, ensure customer privacy, and protect the ILSOS's systems and/or data from unauthorized intrusions, access, misuse, or fraud. Based upon justification detailed in the risk assessment, the External Users shall be required to implement controls that support the following principles:

*POLICY DEVELOPMENT*

The External Users shall leverage best practices such as ISO 27000 Series, NIST 800-53, or comparable industry standards, to develop policies and document security procedures that meet operational risk mitigation objectives as well as compliance with protections and other regulatory requirements. This includes Federal Driver's Privacy Protection Act, 18 USC § 2721 et. seq., the Illinois Vehicle Code, 625 ILCS 5/2-123, the Personal Information Protection Act, 815 ILCS 530 et. seq., and Title 92 Illinois Administrative Code, Part 1002.

*ACCESS CONTROLS*

All systems shall limit access to those persons who have a proven "need-to-know." Access to Confidential/Restricted information shall be granted at the minimum level of access necessary to perform assigned responsibilities.

Access controls will implement the following safeguards:

1. Logical access restrictions to systems containing or accessing ILSOS customer information: The infrastructure shall validate unique user identification through central authentication systems and will implement user log-in monitoring to verify that only users granted access to sensitive data are allowed access.

2. Access restrictions on physical locations containing or have access to ILSOS customer information: Access to the data center, server areas, and record storage areas containing or accessing confidential information, applications, and systems shall be limited to authorized personnel.

*PHYSICAL SECURITY*

All critical, confidential, and sensitive information and information processing systems must be physically protected from unauthorized access, damage, and service disruption.

*ENCRYPTION*

Any system or service requiring the transmission or storage of PII, passwords, client/customer account information, or non-public personal financial information will use an approved method of encryption as a means of protecting data.



# ILLINOIS SECRETARY OF STATE

*MONITORING SYSTEMS*

External Users shall monitor the critical systems that access or contain ILSOS information and evaluate whether the controls are functioning effectively and that no security breaches have occurred. At a minimum, established standards will address the following:

1. Exception reports for security violations will be immediately reported to the ILSOS.
2. Vulnerability assessments, penetration tests, access monitoring and other events will be periodically performed. Industry standard security tools will be used to verify that vulnerabilities are mitigated immediately upon receiving vulnerability notices. Results must be analyzed and policies/controls modified as needed to prevent, detect and respond to possible security breaches.

## Information Classification, Handling and Disposal

Unauthorized access to sensitive information, including, but not limited to customer data, could introduce fraud, identity theft, damage to the ILSOS's reputation, or other risks to the organization. Since this sensitive information is stored, processed, and shared in both electronic and paper form, safeguards are required to address data classification, handling, storage, and disposal.

External Users shall protect the information they access or possess in their custody based on the nature of the information and the risk exposure from inappropriate or undesired access, disclosure or destruction. The degree of protection correlates directly with the risk exposure given the information's media. The degree of protection afforded information shall be consistently applied during creation, handling, processing, storage and disposal.

The External User must ensure that information on all media is classified, handled and disposed of in a secure manner. The External User is responsible for all procedures and guidelines to protect information while it is being processed or stored in either electronic or paper form. The ILSOS encourages minimal use and storage of its data to reduce the risk of data compromise.

This principle must be rigorously observed in the treatment of all of the ILSOS's data processed by the External User. Transactional data shall not be stored longer than permitted by law.

<u>Standards</u>
External Users shall enforce the following standards when handling and disposing of sensitive information:

DOCUMENT IDENTIFICATION AND CLASSIFICATION

Document control is critical to maintain staff and customer privacy, as well as to protect the valuable informational assets of the ILSOS. The first step in the process is to classify documents as Public, Internal Use Only, Confidential or Restricted. The classification values and descriptions are:

# ILLINOIS SECRETARY OF STATE



| CLASSIFICATION | | DATA CLASSIFICATION DESCRIPTION |
|---|---|---|
| **RESTRICTED** | Definition | Restricted information is highly valuable, highly sensitive business information and the level of protection is dictated externally by legal and/or contractual requirements. Restricted information must be limited to only authorized employees, contractors and business partners with a specific business need. |
| | Potential Impact of Loss | **SIGNIFICANT DAMAGE** would occur if Restricted information were to become available to unauthorized parties either internal or external to the ILSOS. |
| | | Impact could include violating regulatory requirements, damaging the agency's reputation, violating contractual requirements and posing an identity theft risk. |
| **CONFIDENTIAL** | Definition | Confidential information is highly valuable, sensitive business information and the level of protection is dictated internally by the ILSOS in accordance with state and federal law. |
| | Potential Impact of Loss | **MODERATE DAMAGE** would occur if Confidential information were to become available to unauthorized parties either internal or external to the ILSOS. |
| | | Impact could include damaging the agency's reputation, violating contractual requirements and/or regulatory requirements, and exposing the geographic location of individuals. |
| **INTERNAL USE** | Definition | Internal Use information is information originated or owned by the ILSOS, or entrusted to it by others. Internal Use information may be shared with authorized employees, contractors, government and business partners who have a business need, but may not be released to the general public, due to the negative impact it might have on the agency's business interests. |
| | Potential Impact of Loss | **MINIMAL or NO DAMAGE** would occur if Internal Use information were to become available to unauthorized parties either internal or external to the ILSOS. |
| | | Impact could include damaging the agency's reputation and violating contractual requirements. |
| Public | Definition | Public information is information that has been approved for release to the general public and is freely shareable both internally and externally. |
| | Potential Impact of Loss | **NO DAMAGE** would occur if Public information were to become available to parties either internal or external to the ILSOS. |
| | | Impact would not be damaging or a risk to business operations. |

*DOCUMENT AND MEDIA INVENTORY*

All External Users shall maintain a list of all document categories and media types containing ILSOS data with the appropriate classification and track and monitor the use of the same.



**ILLINOIS SECRETARY OF STATE**

*HANDLING OF PHYSICAL MEDIA*

External Users must physically secure all paper and electronic media that contains ILSOS data, including but not limited to Confidential/Restricted information.

Transportation of media containing Confidential/Restricted information whether in hardcopy or electronic form, shall be secured through use of a secured courier or a secure delivery mechanism that can be accurately tracked. Media must remain within the continental United States.

*INFORMATION DISPOSAL*

Materials containing ILSOS information shall be discarded through shredding either by a local shredder or by placing them in a paper and hard copy media collection point (shred bin). The shred bin shall be secure to protect documents prior to final disposal. External Users shall shred all documents and dispose of them according to confidential handling requirements in their access agreement and in accordance with the Personal Information Protection Act, 815 ILCS 530.

(b) A person must dispose of the materials containing personal information in a manner that renders the personal information unreadable, unusable and undecipherable. Proper disposal methods include, but are not limited to, the following:

(1) Paper documents containing personal information may be either redacted, burned, pulverized or shredded so that personal information cannot practicably be read or reconstructed.

(2) Electronic media and other non-paper media containing personal information may be destroyed or erased so that personal information cannot practicably be read or reconstructed.

All systems that contained or transmitted ILSOS information must be cleared of all classified data before disposal. No sensitive systems may be sold as "working systems." When disposing of electronic media that previously contained ILSOS information, the External User is responsible for ensuring that all media is electronically removed through magnetic destruction or other means. All disk drives should be removed from systems prior to systems recycling or resale. All disks and tape media should be physically destroyed and not sold.

*DOCUMENT HANDLING*

Paper material with any Internal Use Only or Confidential/Restricted information shall be carefully handled to protect the confidentiality and security of ILSOS information. All Confidential/Restricted documents stored and unattended shall be secured.

External Users shall maintain hard copy media collection points (shred bins) or local shredders at each facility to collect and protect ILSOS information until it can be properly destroyed. If the External User is unsure of the sensitivity of information on a document, he or she shall contact the ILSOS for clarification. Any information classified as Internal Use Only or Confidential/Restricted is not intended for public consumption. As such, the necessary protocols must be taken when sharing these documents in accordance with the law and the access agreements with external entities.



## ILLINOIS SECRETARY OF STATE

## Incident Response

Information collection, processing, storage and sharing are essential for the ILSOS to deliver services to its customers; however, that information is also valuable to those who would misuse that data to cause damage to the ILSOS or to defraud its customers. Authorized External Users shall deploy administrative, technical and physical controls to protect confidential ILSOS information, as well as to maintain customer privacy; however, if controls fail to protect sensitive data, External Users must have an Incident Response Plan to mitigate damage, investigate the cause, and recover services or data. The purpose for this section is to establish guidelines for the response to unauthorized network intrusions or other significant information security incidents.

Incident Response is the final stage in a process that escalates events through an operation review process to determine if an event or intrusion observed on a production system could have caused a breach of the system or compromise of sensitive data.

External Users must report all suspicious actions, activities, incidents and breaches to the ILSOS Director of Information Technology and to the Office of the General Counsel, in accordance with the terms of the Access Agreement.

The intent of an Incident Response Plan is to mitigate risk and ensure immediate response to incidents according to the following priorities:

- o   Preventing security incidents;
- o   Detecting incidents quickly;
- o   Diagnosing incidents accurately;
- o   Managing incidents properly;
- o   Completing timely and appropriate notifications;
- o   Containing and minimizing damage of incidents;
- o   Restoring services affected by incidents;
- o   Determining root causes of incidents;
- o   Implementing improvements to prevent recurrence;
- o   Documenting incidents appropriately;
- o   Adherence to legal requirements for reporting compromises as required by state privacy laws;
- o   Integrated event escalation procedures to identify incidents that require declaration of an incident;
- o   Establish a process to modify and evolve the Incident Response Plan according to lessons learned, and to incorporate industry developments, standards and best practices;
- o   Specific personnel designated to be available on a 24/7 basis to respond to compromise alerts.

The Incident Response Plan should include the following steps:



**ILLINOIS SECRETARY OF STATE**

## 1. Preparation

At the preparation stage, you should review and codify the underlying security policy that includes your incident response plan. Perform a risk assessment and prioritize security issues, identify which are the most sensitive assets, and by extension, which are the critical security incidents the team should focus on. Create a communication plan, prepare documentation that clearly and briefly states the roles, responsibilities and processes.

## 2. Identification

The team should be able to effectively detect deviations from normal operations in organizational systems and identify if those deviations represent actual security incidents. When a potential incident is discovered, the team should immediately collect additional evidence, decide on the type and severity of the incident and document everything the team is doing. Documentation should answer "Who, What, Where, Why, and How" questions to allow the attackers to be prosecuted in court at a later stage.

## 3. Containment

Once the team identifies a security incident, the immediate goal is to contain the incident and prevent further damage from occurring. This involves:

- **Short-term containment**—this can be as simple as isolating a network segment or taking down production servers which have been hacked.
- **Long-term containment**—applying temporary fixes to affected systems to allow them to be used in production, while rebuilding clean systems, preparing to bring them online in the recovery stage.

## 4. Eradication

The team must identify the root cause of the attack, removal of malware or threats, and preventing similar attacks in the future. For example, if a weak authentication mechanism was the entry point for the attack, it should be replaced with strong authentication; if a vulnerability was exploited, it should be immediately patched.

## 5. Recovery

The team brings affected production systems back online carefully to ensure another incident does not take place. Important decisions at this stage are from which time and date to restore operations, how to test and verify that affected systems are back to normal, and how long to monitor the systems to ensure activity is back to normal.

## 6. Lessons Learned

This phase should be performed no later than two weeks from the end of the incident, to ensure information is fresh in the team's mind. The purpose of this phase is to complete documentation that could not be prepared during the response process and investigate the incident further to identify its full



**ILLINOIS SECRETARY OF STATE**

scope, how it was contained and eradicated, what was done to recover the attacked systems, areas where the response team was effective, and areas that require improvement.

## Use of ILSOS Systems and Information

Information systems provide access to both data and processes required to support most ILSOS functions. They have contributed to substantial improvements in both productivity and customer service; however, the use of information systems to access customer or financial data, electronic mail (email), the internet, and remote access to ILSOS systems introduce risk. The purpose of this section is to define acceptable use criteria.

Computers and networks can provide access to information resources both internal and external to the ILSOS network. To ensure this information is handled responsibly, users are to respect the rights of other users, protect the confidentiality and integrity of the systems and related physical resources, and observe all relevant laws, requirements, and regulations. Failure to comply or act in accordance with this policy will result in sanctions, up to and including termination of access or use privileges.

The following sections are provided to establish the acceptable use of ILSOS technology and data for all External Users who are granted access.

*OBTAINING ACCESS*

External Users authorized by management may access ILSOS systems by first obtaining permission to access those systems. Authorized access may occur only after the External User signs and submits an Access Agreement to the ILSOS.

*SECURITY*

External Users are responsible for safeguarding systems and the confidentiality, integrity, and availability of information within their control. External Users shall report all breaches and intrusions to the ILSOS as per their access agreement.

**Acceptable Use**

The ILSOS network, systems, and remote access shall be granted only after explicit approval to use such access is obtained. The ILSOS reserves the right to revoke the system privileges of any External User at any time. Conduct that interferes with the normal and proper operation of its information systems, which adversely affects the ability of others to use these information systems, or which is harmful or offensive to others, will not be permitted.

The ILSOS requires the following:

- External Users shall maintain a list of devices and personnel authorized for access to the ILSOS system and data.
- External Users shall observe all ILSOS copyright and software protections.
- External Users shall be responsible for the confidentiality, integrity and security of ILSOS data.



## ILLINOIS SECRETARY OF STATE

- o External Users have no expectation of privacy or confidentiality. System usage may be monitored for policy, security and/or network management reasons from time to time and is subject to inspection at any time. Any personal information placed on the ILSOS information system resources becomes the property of the ILSOS.
- o External Users will lock, disconnect or logoff all ILSOS connected systems when they leave their workstation.
- o External Users agree to cooperate with the ILSOS and/or any regulatory agency conducting an authorized, reasonable internal security investigation and/or audit.
- o External Users shall utilize virus protection software.
- o External Users shall not knowingly introduce malicious software into the ILSOS systems.
- o External Users shall terminate remote connection as soon as they have finished their work.

**Unacceptable Use**

Although this is not an all-inclusive list, External Users are prohibited from the following unacceptable use of ILSOS systems:

- o External Users shall not share ILSOS accounts, IDs and passwords.
- o External Users shall not negate or circumvent ILSOS security controls.
- o External Users shall not maliciously or illegally use, destroy, modify or improperly distribute ILSOS information.
- o External Users shall not access or distribute ILSOS information outside the continental United States.
- o External Users are prohibited from using tools that compromise ILSOS security (e.g., password crackers and network sniffers).
- o External Users shall not intentionally interfere with the normal operation of the ILSOS network, including the propagation of computer viruses and sustained high volume network traffic, which substantially hinders others in their use of the network is prohibited.
- o Theft of ILSOS resources, including sensitive information, is prohibited. Use that violates local, state or federal laws is strictly prohibited.
- o External Users shall not leave systems unattended while remotely logged onto the ILSOS network.