# Exhibit 6

EXHIBIT 4

AdvantageME CT No: 20171221 * 2017

## STATE OF MAINE
## DEPARTMENT OF SECRETARY OF STATE
### Agreement to Purchase Services

THIS AGREEMENT, made this ___2___ day of January, 2018, is by and between the State of Maine, Department of Secretary of State, Bureau of Motor Vehicles, hereinafter called "Department," and American Association of Motor Vehicle Administrators (AAMVA), located at 4301 Wilson Blvd., Suite 400, Arlington, VA, 22203, telephone number 703-522-4200, hereinafter called "Provider", for the period of Start Date **February 1, 2018** to End Date **January 31, 2021**.

The AdvantageME Vendor/Customer number of the Provider is VC1000000192

WITNESSETH, that for and in consideration of the payments and agreements hereinafter mentioned, to be made and performed by the Department, the Provider hereby agrees with the Department to furnish all qualified personnel, facilities, materials and services and in consultation with the Department, to perform the services, study or projects described in Rider A, and under the terms of this Agreement. The following riders are hereby incorporated into this Agreement and made part of it by reference:

> Rider A - Specifications of Work to be Performed
> Rider B - Payment and Other Provisions
> Rider G – Identification of Country in Which Contracted Work will be Performed
> Appendix 1 – AAMVAnet Services Application-Subscriber Agreement
> Appendix A – Information Protective Measures Table

IN WITNESS WHEREOF, the Department and the Provider, by their representatives duly authorized, have executed this agreement in one original copy.

Provider: **AAMVA**

By: _____
      Joy Whitlow, Chief Financial Officer
Date: 12/20/2017

and

Department of _Secretary of State_

By: _____
      Patty Morneault, Deputy Secretary of State
Date: 12/21/2017

Total Agreement Amount: **$237,519.00**

---

The approval and encumbrance of this Agreement by the Chair of the State Procurement Review Committee and the State Controller is evidenced only by a stamp affixed to this page or by a Case Details Page from the Division of Procurement Services.

---

BP54 (Rev 8/2017)

Maine BMV 001

| VC NUMBER | DOC TOTAL | FND | DEPT | UNIT | | SUB UNIT | | OBJ | | JOB NO. | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $237,519.00 | 012 | 29B | 2320 | | 04 | | 5312 | | | |

| VC NUMBER | DOC TOTAL | FND | DEPT | UNIT | | SUB UNIT | | OBJ | | JOB NO. | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| VC NUMBER | DOC TOTAL | FND | DEPT | UNIT | | SUB UNIT | | OBJ | | JOB NO. | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| VC NUMBER | DOC TOTAL | FND | DEPT | UNIT | | SUB UNIT | | OBJ | | JOB NO. | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| VC NUMBER | DOC TOTAL | FND | DEPT | UNIT | | SUB UNIT | | OBJ | | JOB NO. | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| VC NUMBER | DOC TOTAL | FND | DEPT | UNIT | | SUB UNIT | | OBJ | | JOB NO. | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| VC NUMBER | DOC TOTAL | FND | DEPT | UNIT | | SUB UNIT | | OBJ | | JOB NO. | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

BP54 (Rev 8/2017)

Maine BMV 002

RIDER A
SPECIFICATIONS OF WORK TO BE PERFORMED

## I.   CONTRACT INTERPRETATION - CONTROLLING TERMS

It is mutually understood and agreed that in the event of any conflict among the provisions of the documents, attachments, and/or exhibits that constitute the State of Maine Contract for Special Services between the Department and the Provider, listed in Article I above, the conflict shall be resolved by giving precedence to the documents in the order listed, with Item 1, State of Maine Contract for Special Services, Page 1, having the highest precedence and item 6, AAMVA.'s Product Catalogue dated October 1, 2017, being subordinate to all other listed documents.

## II.   SERVICE SPECIFICATIONS/PERFORMANCE GUIDELINES

Services:

AAMVA has provided telecommunication services to the State of Maine since 1989.  The network services that AAMVA provides the Maine Bureau of Motor Vehicles is access to the AT&T Global Network via a 256K dedicated frame relay Lease Line with 64k Data backup support, (DBG). This connection supports various AAMVA applications, such as: CDLIS, PDPS, and SSOLV through the AAMVA NCS2.

Due to AAMVA's strategic direction in accordance with CDLIS modernization AAMVA will need to update this new contract with an addendum to take into consideration the Verizon services once they become available. Currently AAMVA does not have a time frame and will update this contract as soon as more information is available.

Upon written acceptance of this contract, AAMVA grants to the State of Maine the right to utilize AAMVA with respect to such services as the State of Maine elects in writing.  The State of Maine acknowledges that the right to use AAMVA permits the State of Maine to use AAMVA to obtain access to such databases and other information systems to which that State of Maine has separately been provided authorized access pursuant to a written agreement with the provider of such database or information system.

AAMVA will provide network connection and transmission services, network products, and AAMVA products and tools as listed in AAMVA's Product Catalogue dated October 1, 2017. AAMVA will provide these services from February 1, 2018 through January 31, 2021, for products and services utilized for the costs specified in AAMVA's Product catalog dated October 1, 2017, to be billed to the Secretary of State/Bureau of Motor Vehicle on a monthly usage basis.

A service will conform to its description, however AAMVA does not warrant that any service will be free of interruption or be error free.  AAMVA will attempt to correct any deficiencies in services within a reasonable time and the State of Maine agrees to permit AAMVA and its contractors to take all reasonable measures to restore service deficiencies.  AAMVA agrees to notify the primary BDP contact in writing 30 days prior to any change in the current level of telecommunications services provided.

The State of Maine/Bureau of Motor Vehicle is solely responsible for the selection of, use of and results obtained from the services.  The State of Maine accepts all responsibility for programs, data, information or equipment provided by the State of Maine which the State of Maine or other parties access over the network.

The State of Maine agrees to pay for the use of AAMVA and the services on the basis of the State's actual utilization of AAMVA services and/or applications in accordance with AAMVA's prevailing charges.  The

Maine BMV 003

State of Maine's actual utilization shall be as reflected on the records maintained by or under direction of AAMVA. Invoices for services are payable within 30 days of receipt.

The State of Maine has one consolidated account (MEMST). AAMVA agrees to invoice all charges to the appropriate Account MEMST-MEBMV. AAMVA, additionally agrees that all charges will be itemized. The State of Maine currently has the following Account and utilizes the following monthly services from AAMVA.

**Account MEMST-MEBMV   (Bureau of Motor Vehicle)  Contact: Donna Grant**

**AAMVA Programs & Technology**
    MVA-APT Fees (Program Service Fees)

**Technology Fee**
    MVA-Tech Fee

**AAMVAnet Charges**
    MVA-SVCFEE (Service Fee)
    MVA-UNIWINMNT (UNI Windows Maintenance Fee)
    SSV-SSN (SSN Verification Fee)

**CDL Reimbursements**
    MVA-VzB001 (Verizon Dual 256K PIP CDLIS Reimbursement)

**CDLIS Charges**
    CDL-MP (Master Pointer)
    CDL-MS (Drivers Moving Out St)
    CDL-SA (Successful Create Drvr)
    CDL-SC (Successful Change SOR)
    CDL-SD (Successful Delete Drvr)

**CDLIS Transactions**
    CDL-CD (Change Data)
    CDL-CS (Change State of Record)
    CDL-DM (Delete Master)
    CDL-NC (Negate Conviction)
    CDL-ND (Create New Driver)
    CDL-NS (Success Negate Withdrawal)
    CDL-NW (Negate Withdrawal)
    CDL-RC (Report Conviction)
    CDL-RM (Request for MVR)
    CDL-RW (Report Withdrawal)
    CDL-SI (Search Inquiry)
    CDL-SN (Confirmation of Negate Conv.)
    CDL-SR (Confirmation of Report Conv.)
    CDL-VI (Verify Inquiry)
    CDL-WS (Successful Withdrawal)

**Network Services**
    VZB-CD00000002 (Verizon Dual 256K PIP connection)

AAMVA, Inc. agrees that any requests to add sub-accounts or USER ID's to the State of Maine MEMST account, must be authorized by the State of Maine MEBMV contact person listed above or an assignee thereof.

Maine BMV 004

**Extension of Agreement:** If, on reaching the termination date of this agreement, the services of the Provider and/or its Representatives are still required, the Department and the Provider agree to work in good faith to negotiate an extension to the Agreement.

This contract replaces all previous agreements between the State of Maine and AAMVA, including Maine Amendment Agreement # CT 20130815000000000747 terminating on January 31, 2018.

RIDER B
## METHOD OF PAYMENT AND OTHER PROVISIONS

1.    **AGREEMENT AMOUNT**  $ 237,519.00

2.    **INVOICES AND PAYMENTS**  The Department will pay the Provider as follows:

The Department will pay the provider upon receipt of a valid monthly invoice. Payments are subject to the Provider's compliance with all items set forth in this Agreement and subject to the availability of funds.  The Department will process approved payments within 30 days.

Payments are subject to the Provider's compliance with all items set forth in this Agreement and subject to the availability of funds.  The Department will process approved payments within 30 days.

3.    **BENEFITS AND DEDUCTIONS**   If the Provider is an individual, the Provider understands and agrees that he/she is an independent contractor for whom no Federal or State Income Tax will be deducted by the Department, and for whom no retirement benefits, survivor benefit insurance, group life insurance, vacation and sick leave, and similar benefits available to State employees will accrue.  The Provider further understands that annual information returns, as required by the Internal Revenue Code or State of Maine Income Tax Law, will be filed by the State Controller with the Internal Revenue Service and the State of Maine Bureau of Revenue Services, copies of which will be furnished to the Provider for his/her Income Tax records.

4.    **INDEPENDENT CAPACITY**   In the performance of this Agreement, the parties hereto agree that the Provider, and any agents and employees of the Provider shall act in the capacity of an independent contractor and not as officers or employees or agents of the State.

5.    **DEPARTMENT'S REPRESENTATIVE**   The Agreement Administrator shall be the Department's representative during the period of this Agreement.  He/she has authority to curtail services if necessary to ensure proper execution.  He/she shall certify to the Department when payments under the Agreement are due and the amounts to be paid.  He/she shall make decisions on all claims of the Provider, subject to the approval of the Commissioner of the Department.

6.    **AGREEMENT ADMINISTRATOR**   All progress reports, correspondence and related submissions from the Provider shall be submitted to:

Name:       Patty Morneault
Title:        Deputy Secretary of State
Address:    101 Hospital Street, 29 SHS
            Augusta, Maine 04333-0029

who is designated as the Agreement Administrator on behalf of the Department for this Agreement, except where specified otherwise in this Agreement.

7.    **CHANGES IN THE WORK**   The Department may order changes in the work, the Agreement Amount being adjusted accordingly.  Any monetary adjustment or any substantive change in the work shall be in the form of an amendment, signed by both parties and approved by the State Purchases Review Committee. Said amendment must be effective prior to execution of the work.

Maine BMV 006

8.    **SUB-AGREEMENTS**  Unless provided for in this Agreement, no arrangement shall be made by the Provider with any other party for furnishing any of the services herein contracted for without the consent and approval of the Agreement Administrator.  Any sub-agreement hereunder entered into subsequent to the execution of this Agreement must be annotated "approved" by the Agreement Administrator before it is reimbursable hereunder.  This provision will not be taken as requiring the approval of contracts of employment between the Provider and its employees assigned for services thereunder.

9.    **SUBLETTING, ASSIGNMENT OR TRANSFER**  The Provider shall not sublet, sell, transfer, assign or otherwise dispose of this Agreement or any portion thereof, or of its right, title or interest therein, without written request to and written consent of the Agreement Administrator.  No subcontracts or transfer of agreement shall in any case release the Provider of its liability under this Agreement.

10.    **EQUAL EMPLOYMENT OPPORTUNITY**    During the performance of this Agreement, the Provider agrees as follows:

a.    The Provider shall not discriminate against any employee or applicant for employment relating to this Agreement because of race, color, religious creed, sex, national origin, ancestry, age, physical or mental disability, or sexual orientation, unless related to a bona fide occupational qualification.  The Provider shall take affirmative action to ensure that applicants are employed and employees are treated during employment, without regard to their race, color, religion, sex, age, national origin, physical or mental disability, or sexual orientation.

Such action shall include but not be limited to the following:  employment, upgrading, demotions, or transfers; recruitment or recruitment advertising; layoffs or terminations; rates of pay or other forms of compensation; and selection for training including apprenticeship.  The Provider agrees to post in conspicuous places available to employees and applicants for employment notices setting forth the provisions of this nondiscrimination clause.

b.    The Provider shall, in all solicitations or advertising for employees placed by or on behalf of the Provider relating to this Agreement, state that all qualified applicants shall receive consideration for employment without regard to race, color, religious creed, sex, national origin, ancestry, age, physical or mental disability, or sexual orientation.

c.    The Provider shall send to each labor union or representative of the workers with which it has a collective bargaining agreement, or other agreement or understanding, whereby it is furnished with labor for the performance of this Agreement a notice to be provided by the contracting agency, advising the said labor union or workers' representative of the Provider's commitment under this section and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

d.    The Provider shall inform the contracting Department's Equal Employment Opportunity Coordinator of any discrimination complaints brought to an external regulatory body (Maine Human Rights Commission, EEOC, Office of Civil Rights) against their agency by any individual as well as any lawsuit regarding alleged discriminatory practice.

e.    The Provider shall comply with all aspects of the Americans with Disabilities Act (ADA) in employment and in the provision of service to include accessibility and reasonable accommodations for employees and clients.

Maine BMV 007

Contractors and subcontractors with contracts in excess of $50,000 shall also pursue in good faith affirmative action programs.

g.      The Provider shall cause the foregoing provisions to be inserted in any subcontract for any work covered by this Agreement so that such provisions shall be binding upon each subcontractor, provided that the foregoing provisions shall not apply to contracts or subcontracts for standard commercial supplies or raw materials.

11.     **EMPLOYMENT AND PERSONNEL**   The Provider shall not engage any person in the employ of any State Department or Agency in a position that would constitute a violation of 5 MRSA § 18 or 17 MRSA § 3104.   The Contractor shall not engage on a full-time, part-time or other basis during the period of this Agreement, any other personnel who are or have been at any time during the period of this Agreement in the employ of any State Department or Agency, except regularly retired employees, without the written consent of the State Purchases Review Committee.  Further, the Provider shall not engage on this project on a full-time, part-time or other basis during the period of this Agreement any retired employee of the Department who has not been retired for at least one year, without the written consent of the State Purchases Review Committee. The Provider shall cause the foregoing provisions to be inserted in any subcontract for any work covered by this Agreement so that such provisions shall be binding upon each subcontractor, provided that the foregoing provisions shall not apply to contracts or subcontracts for standard commercial supplies or raw materials.

12.     **STATE EMPLOYEES NOT TO BENEFIT**   No individual employed by the State at the time this Agreement is executed or any time thereafter shall be admitted to any share or part of this Agreement or to any benefit that might arise therefrom directly or indirectly that would constitute a violation of 5 MRSA § 18 or 17 MRSA § 3104.  No other individual employed by the State at the time this Agreement is executed or any time thereafter shall be admitted to any share or part of this Agreement or to any benefit that might arise therefrom directly or indirectly due to his employment by or financial interest in the Provider or any affiliate of the Provider, without the written consent of the State Purchases Review Committee.  The Provider shall cause the foregoing provisions to be inserted in any subcontract for any work covered by this Agreement so that such provisions shall be binding upon each subcontractor, provided that the foregoing provisions shall not apply to contracts or subcontracts for standard commercial supplies or raw materials.

13.     **WARRANTY**   The Provider warrants that it has not employed or contracted with any company or person, other than for assistance with the normal study and preparation of a proposal, to solicit or secure this Agreement and that it has not paid, or agreed to pay, any company or person, other than a bona fide employee working solely for the Provider, any fee, commission, percentage, brokerage fee, gifts, or any other consideration, contingent upon, or resulting from the award for making this Agreement.  For breach or violation of this warranty, the Department shall have the right to annul this Agreement without liability or, in its discretion to otherwise recover the full amount of such fee, commission, percentage, brokerage fee, gift, or contingent fee.

14.     **ACCESS TO RECORDS**   As a condition of accepting a contract for services under this section, a contractor must agree to treat all records, other than proprietary information, relating to personal services work performed under the contract as public records under the freedom of access laws to the same extent as if the work were performed directly by the department or agency. For the purposes of this subsection, "proprietary information" means information that is a trade secret or commercial or financial information, the disclosure of which would impair the competitive position of the contractor and would make available information not otherwise publicly available. Information relating to wages and benefits of the employees performing the personal services work under the contract and information concerning employee and contract oversight and accountability procedures and systems are not proprietary information. The Provider shall maintain all books, documents, payrolls, papers, accounting records and other evidence pertaining to this Agreement and make such materials available at its offices at all reasonable times during the period of this Agreement and for such

subsequent period as specified under Maine Uniform Accounting and Auditing Practices for Community Agencies (MAAP) rules. The Provider shall allow inspection of pertinent documents by the Department or any authorized representative of the State of Maine or Federal Government, and shall furnish copies thereof, if requested. This subsection applies to contracts, contract extensions and contract amendments executed on or after October 1, 2009.

15. **TERMINATION**   The performance of work under the Agreement may be terminated by the Department in whole, or in part, whenever for any reason the Agreement Administrator shall determine that such termination is in the best interest of the Department.  Any such termination shall be effected by delivery to the Provider of a Notice of Termination specifying the extent to which performance of the work under the Agreement is terminated and the date on which such termination becomes effective.  The Agreement shall be equitably adjusted to compensate for such termination, and modified accordingly.

16. **GOVERNMENTAL REQUIREMENTS**   The Provider warrants and represents that it will comply with all governmental ordinances, laws and regulations.

17. **GOVERNING LAW**  This Agreement shall be governed in all respects by the laws, statutes, and regulations of the United States of America and of the State of Maine.  Any legal proceeding against the State regarding this Agreement shall be brought in State of Maine administrative or judicial forums.  The Provider consents to personal jurisdiction in the State of Maine.

18. **STATE HELD HARMLESS**   The Provider agrees to indemnify, defend and save harmless the State, its officers, agents and employees from any and all claims, costs, expenses, injuries, liabilities, losses and damages of every kind and description (hereinafter in this paragraph referred to as "claims") resulting from or arising out of the performance of this Agreement by the Provider, its employees, agents, or subcontractors. Claims to which this indemnification applies include, but without limitation, the following: (i) claims suffered or incurred by any contractor, subcontractor, materialman, laborer and any other person, firm, corporation or other legal entity (hereinafter in this paragraph referred to as "person") providing work, services, materials, equipment or supplies in connection with the performance of this Agreement;  (ii) claims arising out of a violation or infringement of any proprietary right, copyright, trademark, right of privacy or other right arising out of publication, translation, development, reproduction, delivery, use, or disposition of any data, information or other matter furnished or used in connection with this Agreement; (iii) Claims arising out of a libelous or other unlawful matter used or developed in connection with this Agreement; (iv) claims suffered or incurred by any person who may be otherwise injured or damaged in the performance of this Agreement; and (v) all legal costs and other expenses of defense against any asserted claims to which this indemnification applies.  This indemnification does not extend to a claim that results solely and directly from (i) the Department's negligence or unlawful act, or (ii) action by the Provider taken in reasonable reliance upon an instruction or direction given by an authorized person acting on behalf of the Department in accordance with this Agreement.

19. **NOTICE OF CLAIMS**   The Provider shall give the Contract Administrator immediate notice in writing of any legal action or suit filed related in any way to the Agreement or which may affect the performance of duties under the Agreement, and prompt notice of any claim made against the Provider by any subcontractor which may result in litigation related in any way to the Agreement or which may affect the performance of duties under the Agreement.

20. **APPROVAL**   This Agreement must have the approval of the State Controller and the State Purchases Review Committee before it can be considered a valid, enforceable document.

Maine BMV 009

21. **LIABILITY INSURANCE**   The Provider shall keep in force a liability policy issued by a company fully licensed or designated as an eligible surplus line insurer to do business in this State by the Maine Department of Professional & Financial Regulation, Bureau of Insurance,  which policy includes the activity to be covered by this Agreement with adequate liability coverage to protect itself and the Department from suits. Providers insured through a "risk retention group" insurer prior to July 1, 1991 may continue under that arrangement.  Prior to or upon execution of this Agreement, the Provider shall furnish the Department with written or photocopied verification of the existence of such liability insurance policy.

22. **NON-APPROPRIATION**   Notwithstanding any other provision of this Agreement, if the State does not receive sufficient funds to fund this Agreement and other obligations of the State, if funds are de-appropriated, or if the State does not receive legal authority to expend funds from the Maine State Legislature or Maine courts, then the State is not obligated to make payment under this Agreement.

23. **SEVERABILITY**   The invalidity or unenforceability of any particular provision or part thereof of this Agreement shall not affect the remainder of said provision or any other provisions, and this Agreement shall be construed in all respects as if such invalid or unenforceable provision or part thereof had been omitted.

24. **INTEGRATION**   All terms of this Agreement are to be interpreted in such a way as to be consistent at all times with the terms of Rider B (except for expressed exceptions to Rider B included in Rider C), followed in precedence by Rider A, and any remaining Riders in alphabetical order.

25. **FORCE MAJEURE**   The Department may, at its discretion, excuse the performance of an obligation by a party under this Agreement in the event that performance of that obligation by that party is prevented by an act of God, act of war, riot, fire, explosion, flood or other catastrophe, sabotage, severe shortage of fuel, power or raw materials, change in law, court order, national defense requirement, or strike or labor dispute, provided that any such event and the delay caused thereby is beyond the control of, and could not reasonably be avoided by, that party.  The Department may, at its discretion, extend the time period for performance of the obligation excused under this section by the period of the excused delay together with a reasonable period to reinstate compliance with the terms of this Agreement.

26. **SET-OFF RIGHTS**   The State shall have all of its common law, equitable and statutory rights of set-off.  These rights shall include, but not be limited to, the State's option to withhold for the purposes of set-off any monies due to the Provider under this Agreement up to any amounts due and owing to the State with regard to this Agreement, any other Agreement, any other Agreement  with any State department or agency, including any Agreement for a term commencing prior to the term of this Agreement, plus any amounts due and owing to the State for any other reason including, without limitation, tax delinquencies, fee delinquencies or monetary penalties relative thereto.  The State shall exercise its set-off rights in accordance with normal State practices including, in cases of set-off pursuant to an audit, the finalization of such audit by the State agency, its representatives, or the State Controller.

27. **ENTIRE AGREEMENT**   This document contains the entire Agreement of the parties, and neither party shall be bound by any statement or representation not contained herein.  No waiver shall be deemed to have been made by any of the parties unless expressed in writing and signed by the waiving party.  The parties expressly agree that they shall not assert in any action relating to the Agreement that any implied waiver occurred between the parties which is not expressed in writing.  The failure of any party to insist in any one or more instances upon strict performance of any of the terms or provisions of the Agreement, or to exercise an option or election under the Agreement, shall not be construed as a waiver or relinquishment for the future of such terms, provisions, option or election, but the same shall continue in full force and effect, and no waiver by any party of any one or more of its rights or remedies under the Agreement shall be deemed to be a waiver of any prior or subsequent rights or remedy under the Agreement or at law.

Maine BMV 010

RIDER G

## IDENTIFICATION OF COUNTRY
## IN WHICH CONTRACTED WORK WILL BE PERFORMED

**Please identify the country in which the services purchased through this contract will be performed:**

☒      **United States.  Please identify state:  <u>VA</u>**

☐      **Other.  Please identify country:  _____**

### Notification of Changes to the Information

The Provider agrees to notify the Division of Procurement Services of any changes to the information provided above.

**AAMVAnet™ SERVICES APPLICATION**

The undersigned Subscriber wishes to purchase telecommunications services from AAMVA.

Upon acceptance of this application (which will be confirmed in writing) AAMVA grants to Subscriber the right to utilize AAMVAnet™ with respect to such services as Subscriber elects in writing. Subscriber acknowledges that the right to use AAMVAnet™ permits the Subscriber to use AAMVAnet™ to obtain access to such data bases and other information systems to which Subscriber has separately been provided authorized access.

A service will conform to its description, however AAMVA does not warrant that any service will be free of interruption or be error free. AAMVA will attempt to correct any deficiencies in services within a reasonable time and Subscriber agrees to permit AAMVA and its contractors to take all reasonable measures to restore service deficiencies.

1. Services.
   The Subscriber is solely responsible for the selection of, use of and results obtained from the services. Subscriber accepts all responsibility for programs, data, information or equipment provided by the Subscriber which the Subscriber or other parties access over the network.

2. Fees.
   The Subscriber agrees to pay for the use of AAMVAnet™ and the services on the basis of Subscriber's actual utilization of AAMVAnet™ and the services and/or applications in accordance with AAMVA's prevailing charges. A Subscriber's actual utilization shall be as reflected on the records maintained by or under direction of AAMVA. AAMVA may require the Subscriber to provide and maintain with AAMVA a deposit equal to 3 months service. If not previously returned to the Subscriber, any deposit less any fees due AAMVA will be returned to the Subscriber following termination of service. Invoices for services are payable upon receipt. All fees, less credits approved are exclusive of any applicable state or local sales, use or other taxes of a similar nature and are subject to change upon at least thirty (30) days written notice from Operator to Subscriber.

3. Additional Subscriber Responsibilities, Warranties, and Liability
   The Subscriber agrees that it will comply with the requirements regarding, among other things, equipment, software, security, information transmitted over AAMVAnet™, warranties, liability tenets, and other management or operational requirements included in the AAMVAnet™ Subscriber Services Application Addendum ('addendum'). The addendum content is subject to change from time to time.

4. Term.
   The Subscriber's right to use the AAMVAnet™ will become effective upon written acceptance by AAMVA and shall continue in force until terminated by the Subscriber or AAMVA upon at least 30 days prior written notice. If Subscriber fails to fulfill any obligations in this Application or to comply with applicable requirements defined in the addendum, then in addition to any other remedies which AAMVA may seek, AAMVA may suspend access to AAMVAnet™ or terminate a Subscriber's authority to use an. AAMVAnet™ connection on similar notice.

   In addition, AAMVA may immediately terminate a Subscriber's AAMVAnet™ connection if AAMVA, at its sole discretion, determines that continued use of the AAMVAnet™ connection poses a risk to AAMVA or others, or AAMVA believes that the Subscriber is in violation of this agreement or it addendum.

   The Subscriber is solely responsible for the proper operation of its electronic information systems. AAMVA at its discretion may suspend or disconnect an AAMVAnet™ connection in the event that such access to AAMVA's systems generates error conditions, causes denials or disruptions of AAMVA systems, or appears to have been compromised with respect to information security or integrity. In the event of any such suspension or disconnection, AAMVA and the Subscriber agree to cooperate to investigate, identify and correct the problem or problems affecting access to AAMVA's systems.

   AAMVA, at its discretion, may restore the AAMVAnet™ connection when AAMVA deems appropriate.

5. Indemnification and Limitation of Liability
   Except for a liability claim or loss arising exclusively from AAMVA's failure to exercise ordinary care or act in good faith in providing an AAMVAnet™ connection, and except to the extent prohibited by law or regulation, the Subscriber shall indemnify, defend, and hold harmless AAMVA, its officers, directors, employees, agents and independent contractors with respect to any liability, claim or loss, whether alleged by the Subscriber, any customer of the Subscriber, or any third party, arising in connection with the use by the Subscriber of the

Maine BMV 012

AAMVAnet™ connection and related services. This indemnification shall survive the termination of access provided under this Agreement.

AAMVA's liability for damages to the Subscriber, from any cause whatsoever, shall be limited to and in no event shall exceed the total amount invoiced for Subscriber's use of the service to which Subscriber's claim relates for the 6 month period preceding the event giving rise to Subscriber's claim. In no event shall AAMVA be liable for any damages caused by Subscriber's failure to carry out its obligations, including but not limited to compliance with rules and regulations relating to AAMVAnet™. In no event whatsoever shall AAMVA be liable for any lost profits, lost savings, incidental damages, or other economic consequential damages. AAMVA shall not in any event be liable for any damages claimed by the Subscriber based on any third party claim.

6. No Assignment or Transfer.
Subscriber may not assign or transfer this Agreement without the prior written consent of AAMVA. AAMVA may assign or transfer this Agreement without the prior written consent of the Subscriber and may delegate its obligations (or a portion thereof) to other parties.

7. Directory.
Unless Subscriber advises AAMVA in writing to the contrary within 30 days following AAMVA's acceptance of this Application, Subscriber authorizes AAMVA to include Subscriber's name, contact information and other similar information in a directory of AAMVA Subscribers. AAMVA reserves the right to produce and to determine the manner in which it will distribute such directory.

IN WITNESS WHEREOF, the undersigned have caused the Agreement to be executed by their fully authorized officials as of the date first written above.

SUBSCRIBER:

BY: _____

Patty Morheault
Deputy Secretary of State

DATE: ___12/21/2017_____

ACCEPTED BY: AAMVA:

BY: _____

Joy Whitlow
Chief Financial Officer

DATE: ___12/20/2017_____

Maine BMV 013

**AAMVAnet™ SERVICES APPLICATION ADDENDUM**

## 1. Introduction

This addendum sets forth the terms under which a Subscriber may access services and applications provided by AAMVA, and under which a Subscriber may send certain data to or receive certain data from other subscribers, by means of AAMVAnet™.

## 2. Subscriber Security Obligations

The Subscriber agrees that complying with the security measures required by AAMVA shall not relieve the Subscriber of its obligation and responsibility to exercise its own independent judgments about security and additional steps or procedures needed to prevent fraud, unauthorized access or other unauthorized use of AAMVAnet™ connections. Accordingly, the Subscriber agrees to take reasonable security measures when establishing connections with AAMVAnet™ to prevent disruption to the operations of AAMVA's, and other Subscribers', computers, networks, systems and software. AAMVA recommends that the Subscriber's internal security program should include, but not be limited to:

✓ Documented security controls including policies, procedures, standards, guidelines and references

✓ Ongoing or periodic risk assessments

✓ Formal program governance which involves senior management representatives

✓ Clearly articulated security responsibilities for management and technical personnel

✓ Metrics which are adequate to gauge and improve the effectiveness of the program

✓ A procedure to ensure that relevant security records (i.e., relevant to the Subscriber and AAMVA) are maintained, to include security incidents, requests for policy exceptions, and audit findings

The Subscriber is responsible for ensuring that its computer(s) and associated equipment and software comply with AAMVA requirements (which AAMVA may change from time to time) and for maintaining its own equipment. AAMVA reserves the right to approve or disapprove the use of the Subscriber's equipment and software, and/or to make recommendations regarding the equipment and software that the Subscriber uses. AAMVA does not have any obligation for, and does not make any warranty or representation of any kind with respect to, any communication facility, network, browser, operating system, server, or any other equipment or software not supplied, owned or operated by AAMVA.

## 3. AAMVAnet™ Right to Use

AAMVA's approval is required before the Subscriber uses AAMVAnet™ to access any of AAMVA's services and applications, or extends the Subscriber's access to other parties. In every case, the Subscriber must provide written notice before it:

✓ Shares the use of AAMVAnet™ with another Subscriber or entity

✓ Sublicenses, assigns, delegates or transfers to a third party any of its rights, duties or obligations under this agreement and associated addendum

AAMVA reserves the right to reject any of the arrangements the Subscriber proposes in the sharing/sublicensing situations given above.

Maine BMV 014

### 4.1 Connection Options

AAMVA provides three distinct AAMVAnet™ connection options - leased line, VPN and dial-up - for each of these options the Subscriber must select network features (e.g., bandwidth and backup) applicable to the connection method requested. AAMVA reserves the right to specify the type of connection necessary to support the volume and type of the Subscriber's transactions.

### 4.2 Equipment

AAMVA will arrange for the delivery and/or installation of AAMVA-supplied or designated equipment necessary for establishing an AAMVAnet™ connection.

Minimum requirements for the interconnection of the Subscriber's internal network and AAMVAnet™ have been established to provide a reasonable level of confidence in the security of the entire infrastructure. The purpose is to protect the entire infrastructure from vulnerabilities in any particular Subscriber's environment, minimizing the risks to AAMVA's facilities and services, and to other Subscribers. It is therefore incumbent upon the Subscriber to provide protection for the AAMVA-provided network and customer premises equipment (CPE) as follows:

- ✓ The Subscriber must supply a detailed diagram of the network it plans to interconnect to the AAMVA-provided network, showing all external network connections, including the Internet

- ✓ The Subscriber must provide protection for the AAMVA-provided CPE and connection in the form of a fully functioning firewall performing stateful packet inspection

- ✓ The AAMVA-provided CPE must be installed either on the secure side of the customer firewall or on an isolated segment off that firewall

- ✓ The Subscriber must ensure that sessions initiated from the Internet or other unauthorized external networks cannot be established to the secure side/LAN segment where the AAMVA-provided CPE connection terminates

- ✓ IP addresses to be routed/accessed across the AAMVA-provided network must be issued by AAMVA or its network-supplier

- ✓ The devices and interconnections associated with the Subscriber/AAMVA interface must be located in a secure room, equipment cage or cabinet

- ✓ Access to the devices and interconnections must be controlled and limited to a small number of authorized personnel based on the Principle of Least Privilege

- ✓ Access to the devices and interconnections by any personnel including service or equipment vendors must be controlled and logged

- ✓ Changes to the environment, equipment or configuration of the interconnection with AAMVA must be planned and scheduled using a formal change control procedure, and coordinated with AAMVA

To facilitate out-of-band maintenance and management of the AAMVA-provided CPE the subscriber shall provide an analog, dial tone enabled telephone (POTS) circuit for use by AAMVA and its network provider.

Maine BMV 015

of Supplied or Designated equipment may not be sold, encumbered, relinquished or transferred to a third party, except with the AAMVA's prior written approval. The Subscriber is liable for any loss of or damage to AAMVA-supplied or designated equipment, ordinary wear and tear excepted.

### 4.3 Software

Where appropriate, AAMVA will provide software (including documentation) to enable a connection to the AAMVA network.

## 5. Legal Obligations, Warranties, Disclaimer of Warranty, and Liability

### 5.1 AAMVAnet™ Software

In the event AAMVA provides software or access to software, except as otherwise provided in a written agreement specifically referencing the AAMVA provided software, AAMVA grants the Subscriber a personal, nontransferable, nonexclusive license to use the software solely for the purposes stated in this agreement and in compliance with applicable security requirements.

AAMVA warrants that it owns or has the right to license or sublicense the software, and AAMVA shall indemnify and hold the Subscriber harmless from any loss or expense arising from any claim that the software alone, and not in combination with any other party's products, software or activities, infringes a patent, copyright, trademark or other proprietary right of any third party, provided AAMVA is given prompt written notice of the claim, has sole control of the defense of the claim and of any settlement negotiations, and the Subscriber cooperates fully with AAMVA in the defense and negotiations. In the event of a claim that the software infringes any third party proprietary right, AAMVA reserves the right in its sole discretion to:

- ✓ Replace the software with a non-infringing product
- ✓ Modify the software to avoid the infringement
- ✓ Obtain a license for the Subscriber to continue use of the software
- ✓ Terminate the use of the software

The Subscriber may not, except with AAMVA's prior written consent:

- ✓ Modify , add to, translate, reverse assemble, reverse compile, decompile or otherwise attempt to derive the source code from any AAMVA-provided software
- ✓ Copy, sublicense or transfer the Software for any reason except that the software may be copied for back-up, testing or archival purposes
- ✓ Remove any copyright or trademark notice contained in the software

AAMVA-provided software includes trade secrets and proprietary information of AAMVA and others, which may be copyrighted or patented, and must be handled in accordance with the controls set forth in AAMVA's Information Protective Measures Table (Appendix A) and associated guidelines. Where the sensitivity of data has not been determined, it must be treated as though it were AAMVA RESTRICTED. Where data of different levels of sensitivity are co-mingled and cannot be secured independently, the collection will be considered to be the sensitivity of its most sensitive component.

Maine BMV 016

Case 1:26-cv-02647-AJT-IDD Document 1-6 Filed 08/18/26 Page 18 of 25 PageID# 194

If the Subscriber uses an AAMVAnet™ for a service (e.g. to make a copy, download, display, distribute or execute programs or perform other works), the Subscriber is responsible for obtaining all required permissions.

## 5.2 Use of Services
The Subscriber will use AAMVA-provided services and facilities only as intended and as provided for in this agreement and addendum. The Subscriber is responsible for ensuring that the Subscriber's use of a service will not:

- ✓ Breach any laws, regulations or conventions related to, but not limited to, data privacy, international communications and exportation of technical or personal data
- ✓ Place any unusually heavy processing loads on the network or applications without prior coordination with AAMVA
- ✓ Institute any significant changes associated with access to AAMVA supported networks, applications , or other computing functions without notifying AAMVA in advance

The Subscriber is also responsible for obtaining the necessary governmental, regulatory or statutory approvals for the Subscriber's use of the services and is responsible for any record keeping or tracking of data that may be required due to state or federal disclosure laws.

If the Subscriber provides access to data, programs or other material, for use with a service, the Subscriber warrants that:

- ✓ AAMVA, in the course of providing the service, will not as a result of the Subscriber's actions be put in the position of violating the rights of any third parties
- ✓ The disclosure or use of such material during the course of the service will not involve a breach of any confidential or contractual relationship

## 5.3 AAMVAnet™ Foreign Access
Use of AAMVAnet™ from outside of the U.S. and its territories must be in compliance with applicable laws and regulations.

## 5.4 Disclaimer of Warranty
AAMVA-supplied or designated equipment and software (including documentation), along with any recommendations, security procedures, operating instructions, user manuals, guidelines and specifications for an AAMVAnet™ connection are furnished strictly on an "as-is" basis. AAMVA does not warrant or represent that operation of any AAMVA supplied equipment or software or use of an AAMVAnet™ connection will meet the Subscriber's planned applications, that AAMVA-supplied equipment or software will be compatible with the Subscriber's equipment, or that any defect in AAMVA-supplied equipment or software can be corrected. AAMVA does not warrant or represent that use of an AAMVAnet™ connection, regardless of whether used in conjunction with any access control features and or in compliance with any recommendations, security procedures, operating instructions, user manuals, guidelines, other documentation, and specifications for an AAMVAnet™ connection that AAMVA specifies, will be uninterrupted, free from interception, timely, secure or error free.

Maine BMV 017

AAMVA's sole obligation in the event of a malfunction in AAMVA-supplied equipment or software is to provide a remedy in the form of either providing reasonable assistance in resolving problems or replacing defective or damaged equipment or software:

- ✓ That the Subscriber returns to AAMVA
- ✓ About which the Subscriber informs AAMVA

AAMVA shall have sole authority to select the form of the remedy, if any, to satisfy that obligation.

AAMVA shall have no obligation for equipment or software that is purchased by the Subscriber from a third party vendor, even if AAMVA requires the use of that equipment or software or arranges for the purchase from said vendor.

THE OBLIGATIONS AND THE WARRANTY SET FORTH IN THE *AAMVAnet*™ *SERVICES APPLICATION AGREEMENT* AND THIS ADDENDUM ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ALL IMPLIED WARRANTIES OF MERCHANT ABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND ANY OTHER WARRANTY ARISING BY STATUTE OR FROM A COURSE OF DEALING OR USAGE OF TRADE. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY AAMVA SHALL CREATE A WARRANTY OR IN ANY WAY INCREASE THE SCOPE OF AAMVA'S OBLIGATIONS.

## 5.5 Liability

AAMVA is not liable for loss or damage resulting from a problem beyond its reasonable control. This includes, but is not limited to:

- ✓ Loss or damage resulting from any delay, error or omission in the transmission of any message to or from a Subscriber
- ✓ Alteration of any data, instruction or notice sent to or from AAMVA through an AAMVAnet™ connection
- ✓ Any third party's interception and/or use of any data conveyed using an AAMVAnet™ connection
- ✓ The services provided by an internet service provider
- ✓ A virus, malicious code or other defect received from or introduced by any entity other than AAMVA
- ✓ Technology provided by AAMVA if the technology was not developed by a AAMVA, even if AAMVA requires the use of such technology
- ✓ Any loss of data, information or programs of any kind whatsoever as the Subscriber is solely responsible for developing and/or maintaining procedures, external to the service, to safeguard Subscriber's programs, information, data, and for the backup and reconstruction of lost data, information, programs or procedures
- ✓ Alteration of Subscriber's programs or data or information or their acquisitions by another party, except for AAMVA's failure to implement those aspects of the security procedures which are under AAMVA's control

Transmission errors, corruption of data or the security of data during transmission via public telecommunications facilities

Additionally, AAMVA is not liable for loss or damage resulting from unavailability of an AAMVAnet™ connection due to security or other concern which AAMVA, at its sole discretion, may conclude justifies making such AAMVAnet™ connections unavailable, or from labor disputes or civil unrest, acts of war, riots, acts of terrorism, acts of God or acts of nature.

Further, AAMVA is not liable for any loss or damage arising from the Subscriber's use of any access control feature, or from a third party's reliance on any access control feature, for any purposes other than those expressly authorized by AAMVA. AAMVA is not liable for any loss or damage arising from the theft or compromise of a private key or the password that protects a private key, whether detected or undetected, the storage of any private keys on the Subscriber's computer's hard drive(s) or other storage device, or any loss caused by a third party's use or duplication of a private key.

6. **Compliance**

The Subscriber agrees to conform to the security requirements, operating and management tenets and specifications applicable to an AAMVAnet™ connection that AAMVA specifies from time to time, including the need for the Subscriber to exercise its own independent judgment about the adequacy of existing security measures. Notwithstanding the above, the Subscriber is required and agrees to implement appropriate physical security to protect from unauthorized use the access control features, software, computer(s) and any associated equipment that are used to exchange data with AAMVA.

7. **Confidentiality**

"Restricted Information" shall include all information, provided in writing, electronically or orally, which is designated by AAMVA herein or by other means as "Restricted." All trade secrets, proprietary information or security information, including information regarding access control features and security procedures, whether or not it is labeled as "Restricted," *is hereby designated as "Restricted,"* unless AAMVA makes such information generally available to the public (i.e., places it on its unrestricted public Web site or otherwise publishes it to the general public).

The Subscriber agrees to take all reasonable measures to protect, ensure the secrecy of, and affirmatively avoid disclosure and unauthorized use of Restricted Information. Without limiting the foregoing, the Subscriber shall protect the Restricted Information in accordance with the controls set forth in AAMVA's Information Protective Measures Table (**Appendix** A) and associated guidelines. The Subscriber is responsible for destroying or returning any Restricted Information to AAMVA upon the request of AAMVA or when the Restricted Information is no longer needed.

The Subscriber shall disclose the Restricted Information to its employees or third parties only on a "need to know" basis. The Subscriber shall maintain a written record of all third parties to whom Restricted Information is disclosed (indicating the recipient, date and description of content of the disclosure), and shall provide such record to AAMVA upon request. Before disclosure to any third party, the Subscriber must have a written agreement with such party sufficient to require that party to treat the Restricted Information with the controls set forth in AAMVA's Information Protective Measures Table (**Appendix** A). The Subscriber is liable for any unauthorized disclosure of Restricted Information by any of its employees or third parties to whom it has disclosed Restricted Information.

Maine BMV 019

In the event the Subscriber becomes aware of any unauthorized disclosure or use of the Restricted Information, the Subscriber must immediately notify AAMVA of the unauthorized disclosure or use, and must use its best efforts to prevent further unauthorized disclosure or use. Such notification must be by telephone, with written confirmation to AAMVA.

The Subscriber must notify AAMVA immediately by telephone, with follow-up written confirmation, of any suspected fraud, infringement, or security breach relating to its AAMVAnet™ connection.

## 8.  Management and Operations

### 8.1 Management of AAMVAnet™ Connections

The Subscriber will appoint a service administrator to act as a coordinator between the end users of a Service and AAMVA. The service administrator's responsibilities are primarily to act as the single point of contact and coordinator in operational matters related to AAMVA services. Only the service administrator has the authority to request changes, additions, or deletions for the account. The written notification of cancellation can only come from the service administrator.

The Subscriber must manage its AAMVAnet™ connection so as to permit AAMVA and other subscribers to send data to the Subscriber, and to permit the Subscriber to receive data from AAMVA and other subscribers, on a timely basis throughout the day. AAMVA is not responsible for any delay in sending data (or for notifying any party of such a delay) if the delay results from the Subscriber's failure to so manage its connection(s), or from any cause other than AAMVA's failure to exercise ordinary care or to act in good faith. The AAMVA records shall be determinative of when data has been received by AAMVA or when AAMVA sends data to, or makes it retrievable by, the Subscriber.

AAMVA will provide to the Subscriber one or more userID(s) or other means to enable access to the services. The Subscriber is responsible for the control and distribution of Subscriber's userID(s) to its end users. AAMVA shall have no liability for any misuse of these userID(s) by any party not under AAMVA's control. In addition, the Subscriber agrees to pay for any resulting loss, damage or expense for any misuse by the Subscriber's end users or third parties.

AAMVA shall make best efforts to provide notice (which may be in electronic form) of changes to system requirements. The Subscriber must also update in a timely manner all applicable workstation operating systems, anti-virus software and any other software used in connection with or as a component of the Subscriber's AAMVAnet™ connection. AAMVA shall not be responsible nor liable in any manner for any loss or damage to the Subscriber that could have been prevented had an update been installed when such update was made available.

### 8.2 Responsibility for Access Control Features

The Subscriber:

✓ Except as otherwise provided in this agreement, assumes sole responsibility and the entire risk of use and operation of its AAMVAnet™ connection

✓ Is responsible for unauthorized physical and network access to its AAMVAnetTM connection

✓ Is responsible for establishing, instituting and enforcing policies and procedures for controlling, detecting and preventing unauthorized physical and network access to all applicable systems and equipment, and for immediately contacting AAMVA if it has a reasonable basis to suspect that any applicable service has been compromised or shows evidence of tampering

AAMVA may act on any message, utilizing either technical or procedural methods, that it receives through an AAMVAnet™ connection that AAMVA authenticates as the Subscriber's, as if the message consisted of a written instruction bearing the manual signature of one of the Subscriber's duly authorized officers.

### 8.3 AAMVAnet™ Availability
AAMVAnet™ will be unavailable during such hours as are established from time to time by the third party vendor providing telecommunications services to AAMVA. AAMVAnet™ may be unavailable from time to time as the result of the need to perform system maintenance, and reasonable efforts will be made to minimize inconvenience to Subscribers. The typical network maintenance schedule is every Sunday from 3:00am to 5:00am. There are also extended maintenance times from 12:00am to 8:00am Eastern Standard Time, every 3rd Sunday of each month. These scheduled times may vary and change at the discretion of the vendor providing telecommunications services to AAMVA.

### 8.4 Reporting and Monitoring
The Subscriber agrees to allow network and application vendors to provide statistics, management information, and financial information, to AAMVA.

### 8.5 Incident Response and Contingency Plans for Disruption of AAMVAnet™
It is in the interests of both AAMVA and its Subscribers to cooperate in investigating and responding to any security breaches or other incidents affecting AAMVA's Subscriber services and facilities. Each party has a responsibility to promptly notify the other if it becomes aware of a security incident involving the other's interests or assets.
Incidents affecting the Subscriber's AAMVAnet™ connection or any service the subscriber is using must be reported to AAMVA immediately. Such incidents may include but are not limited to unauthorized access, misuse, theft, fraud, abuse of privilege, worms and viruses.

To effectively deal with such an incidents it is AAMVA's expectation that the Subscriber agrees in principle with the following:

✓ The Subscriber will coordinate its incident handling process with that of AAMVA.

✓ The Subscriber's incident handling process will include earl y notification to AAMVA of every incident directly involving AAMVA's data or systems, and also of any other incidents which might reasonably be of concern to AAMVA.

✓ The Subscriber will take appropriate disciplinary action in the event that any of its employees or contractors misuse AAMVA customer data or violate this policy in any substantive way.

✓ The Subscriber will cooperate with and support AAMVA in any legal actions AAMVA chooses to take in response to incidents involving its systems, services or assets.

Non-incident related problems with hardware, software, or data transmission may on occasion delay or prevent AAMVA from sending or receiving messages electronically. Where appropriate, the Subscriber should be prepared to use alternate facilities to send or receive messages until such time as the AAMVAnet™ connection becomes available. Where alternate

Maine BMV 021

facilities have been provisioned the Subscriber agrees to establish and regularly test business continuity and disaster recovery plans for use in the event of the loss of an AAMVAnet™ connection.

## 9. Termination and Amendment

### 9.1 Terminating the AAMVAnet™ Subscriber Services Agreement

As indicated in the AAMVAnet™ Subscriber Services Agreement Application document, the Subscriber may terminate its agreement to use AAMVA services and/or applications through an AAMVAnet™ connection and its agreement to the terms of this Agreement by giving not less than thirty (30) calendar days' prior written notice to AAMVA.

### 9.2 Return of AAMVA-Supplied or Designated Equipment and Software; Survival of Obligations

Upon termination, the Subscriber promptly must:

- ✓ Disable (by removing the battery or otherwise) any encryption card, or other card that supports encryption and communication, but only after the workstation has been disconnected from production network connections.

- ✓ Return all AAMVA-supplied or designated equipment (or properly dispose of it, if AAMVA authorizes it to do so).

- ✓ Destroy or return, as required herein, any Software and Confidential information provided by AAMVA to the Subscriber and its Service Provider.

- ✓ Delete as required herein any installed copies of such Software or saved copies (including backups) of Restricted information.

- ✓ Upon request of AAMVA, provide written certification that all relevant Software and Confidential information, including any that have been provided by the Subscriber to third parties, has been returned, destroyed or deleted.

Notwithstanding the foregoing, AAMVA retains the right to require that a Subscriber promptly return all relevant software, hardware and Restricted information upon termination. The Subscriber's obligations pertaining to confidentiality, nondisclosure and cooperation with AAMVA's defense of any software infringement claim survive any termination of this Subscriber agreement.

## Appendix A: Information Protective Measures Table

| | INFORMATION CLASS | | |
|---|---|---|---|
| | AAMVA - CONFIDENTIAL | AAMVA - OFFICIAL USE ONLY | AAMVA - PUBLIC |
| DEFINITION | The most sensitive class of Confidential Information requiring the highest level of protection in accordance with regulatory and commercial requirements. This information can only be shared on a need-to-know basis. Examples include, but are not limited to, social security numbers, credit card numbers, patent information driver license information, network IP addresses and passwords, electronically protected health information (EPHI), customer information covered under contract and other information so designated by the owner or originator of the information. | The least sensitive class of Confidential Information requiring a basic level of protection. Examples include, but are not limited to, customer-supplier communications and non-personally identifiable employee information | A class of information, which applies to information falling outside the definition of Confidential Information Examples include, but are not limited to, information commonly available to the public or that which may be found on the AAMVA Internet website or elsewhere in the public domain |
| HANDLING METHOD: | | | |
| MARKING REQUIREMENTS | "AAMVA - Confidential" should be used in the headings or footers of paper and electronic documents, and on files or folders in cases of a collection of data  See the Appendix for E-mail taglines (Section 8.2.1) and document confidentiality notice (Section 8.2.3) that should be used | "AAMVA -Official Use Only" should be used in the headings or footers of paper and electronic documents and on files or folders in cases of a collection of data.  See the Appendix for E-mail taglines (Section 8.2.1) and document confidentiality notice (Section 8.2.3) that should be used | No marking is required. although the marking "Public" or "AAMVA Public" may be used to clarify the designation wherever that is deemed useful. |
| STORAGE | Stored in locked drawers or cabinets; electronic data must be encrypted; backups in locked. fireproof safe. | Stored in locked drawers or cabinets; electronic data must be password protected; backups in locked, fireproof safe | No restricted storage requirements |
| DISTRIBUTION (within AAMVA HQ) | Due care should be exercised (e.g., to not leave materials with PII in plain sight, etc.) to restrict information to those with a need to know, although no specific packaging or handling is required. May be transmitted *internally* using AAMVA's E-mail system, although discretion should be applied. Consideration should be given to using encryption or a more secure means of communication where the information is known to be an attractive target for theft  Materials must be locked away when left unattended and during non-business hours. | No restrictions on distribution within AAMVA in paper or internal format.  Due care should be exercised to prevent documents from being inadvertently released or disclosed to people who are not AAMVA employees or contractors | No restrictions on distribution within AAMVA |

Maine BMV 023

| | INFORMATION CLASS | | |
|---|---|---|---|
| | AAMVA - CONFIDENTIAL | AAMVA - OFFICIAL USE ONLY | AAMVA - PUBLIC |
| DISTRIBUTION (outside of AAMVA) | Requires use of secure courier service or registered post.<br><br>Data must be encrypted during transmission over external networks.<br><br>For data files, consideration must be given to encrypting at the file or record level unless there is strong business or technological reasons why this is impractical.<br><br>Encryption keys -or passwords used as encryption keys -- must not be sent along with the encrypted material but must be communicated through a different channel. | Control distribution so as to;<br>(a) restrict availability to the general public;<br>(b) share with indication that data is sensitive (e.g., E-mail tagline and document markings are included);<br>(c) use password protection or encryption where deemed necessary . | No restrictions on distribution. |
| RETENTION | AAMVA Records Retention Policy | AAMVA Records Retention Policy | AAMVA Records Retention Policy |
| DISPOSAL | Electronic copies must be wiped using approved utilities. USB memory sticks, hard drives and reusable media must be securely wiped prior to internal reuse and securely wiped or (preferably) destroyed prior to disposal, and may not be sold or donated to third parties. CDs, hard copies and other non-electronic material must be shredded. | Electronic copies must be deleted when no longer needed.<br>USB memory sticks hard drives and reusable media must be securely wiped before leaving the company, or destroyed CDs, hard copies and other non- electronic material must be shredded. | Destroyed or deleted freely, using recycling facilities where available |