# Exhibit 6C



**EXHIBIT 4-A**

## AMENDMENT

DATE:  **1/21/2021**

ADVANTAGE CONTRACT #:  **CT 29B 20171221000000002017**

DEPARTMENT AGREEMENT #: **AAMVA Technology and Program Service Fees**

AMENDMENT AMOUNT: $ **175,667**

This Amendment, is between the following Department of the State of Maine and Provider:

| State of Maine DEPARTMENT |
|---|

DEPARTMENT:  **Secretary of State, Bureau of Motor Vehicles**

Address: **29 SHS, 101 Hospital Street**

City: **Augusta**          State: **ME**      Zip Code: **04333-0029**

| PROVIDER |
|---|

PROVIDER: **American Association of Motor Vehicle Administrators**

Address: **4401 Wilson Blvd, Suite 700**

City: **Arlington**      State: **VA**    Zip Code: **22203**

Provider's Vendor Customer #:  **VC1000000192**

Each signatory below represents that the person has the requisite authority to enter into this Contract Amendment. The parties sign and cause this Contract Amendment to be executed.

**Department of  Secretary of State, Bureau of Motor Vehicles**

**American Association of Motor Vehicle Administrators**

**Patty Morneault, Deputy Secretary of State**

*[signature]* 1/22/2021

Signature **Name and Title**    Date

**Wendy Sibley, CFO**

Signature **Name and Title**    Date

*Amendment rev. May 2020*

*Upon final approval by the Division of Procurement Services, a case details page will be made part of this contract.*

Maine BMV 025

## AMENDMENT

The contract is hereby amended as follows: (Check and complete all that apply)

| | | |
|---|---|---|
| ☒ | **Amended Period:** | Original Start Date: **1/2/2018**    Current End Date: **1/31/2021**<br>Amendment Start Date: **2/1/2021** New End Date: **1/31/2024**<br><br>Reason:  **To extend contract date for 3 years** |
| ☒ | **Amended Contract Amount:** | Amount of Adjustment: $    **175,667**    New Contract Amount:  **$ 413,186**<br><br>Reason:   **To add funding for the next 3 years** |
| ☐ | **Amended Scope of Work:** | The Scope of work in Rider A is amended as follows: |
| ☐ | **Other:** | Describe the Changes: |

All other terms and conditions of the original contract and subsequent contract amendments remain in full force and effect.

## CODING

| LINE TOTAL | FUND | DEPT | UNIT | SUB UNIT | OBJ | PROGRAM | PROGRAM PERIOD | BOND FUNDING | FISCAL YEAR |
|---|---|---|---|---|---|---|---|---|---|
| $ 68,000 | 012 | 29B | 1400 | 04 | 4099 | | | | 2022 |

| LINE TOTAL | FUND | DEPT | UNIT | SUB UNIT | OBJ | PROGRAM | PROGRAM PERIOD | BOND FUNDING | FISCAL YEAR |
|---|---|---|---|---|---|---|---|---|---|
| $ 68,000 | 012 | 29B | 1400 | 04 | 4099 | | | | 2023 |

| LINE TOTAL | FUND | DEPT | UNIT | SUB UNIT | OBJ | PROGRAM | PROGRAM PERIOD | BOND FUNDING | FISCAL YEAR |
|---|---|---|---|---|---|---|---|---|---|
| $ 39,667 | 012 | 29B | 1400 | 04 | 4099 | | | | 2024 |

Maine BMV 026