# Exhibit 6D

Contract
CT 29B 20171221000000002017
MODIFICATION

**State of Maine**



EXHIBIT 4-B

## Approval Details

| | | |
|---|---|---|
| **Document Name:** | 3 yr contract for license inquires with AAMVA | **Contract Start Date** 02/01/18 |
| **Contract Description:** | AAMVA Technology & Program Services Driver License Inquiries | |
| **Department:** | 29B-MOTOR VEHICLES | **Contract End Date** 01/31/25 |
| **Total Contract Amount:** | $465,301.94 | |
| **Approval Date Time:** | 03/12/2024 08:38:36 AM | |

| **AMENDMENT** | **Amendment Amount:** | $52,115.94 |
|---|---|---|
| | **Previous Start Date:** | 02/01/18 |
| | **Previous End Date:** | 01/31/24 |

**This contract has been approved by the Division of Purchases, Chair of the State Procurement Review Committee and encumbered by the Office of the State Controller.**

**Reason For Modification:**   To extend service for an additional year

**Vendor ID**
VC1000000192

**Vendor Name**
AMERICAN ASSOC. OF MOTOR VEHICLE ADMIN

**Alias/DBA**

**Vendor Address Information**
4401 WILSON BLVD  STE 700

ARLINGTON, VA 22203
US

**Vendor Contact Information**
CELINE ZU
703-908-5876                    **ext.**
CashMgmt@aamva.org

Maine BMV 027