# Exhibit 4C

EXHIBIT 4-C



## CONTRACT AMENDMENT

| DATE: 1/16/2025 | AMENDMENT AMOUNT: $ 54,542.11 |
|---|---|
| ADVANTAGE CONTRACT #:   20171221000000002017 | |
| DEPARTMENT AGREEMENT #:   n/a | |

This Contract Amendment is between the following State of Maine Department and Provider:

| STATE OF MAINE DEPARTMENT | | |
|---|---|---|
| DEPARTMENT NAME: Secretary of State, Bureau of Motor Vehicles | | |
| ADDRESS:   101 Hospital Street | | |
| CITY: Augusta | STATE:  ME | ZIP CODE:  04330 |

| PROVIDER | | |
|---|---|---|
| PROVIDER NAME: American Assoc of Motor Vehicle Administrators | | |
| ADDRESS: 4401 Wilson Blvd Suite 700 | | |
| CITY:  Arlington | STATE: VA | ZIP CODE: 22203 |
| PROVIDER'S VENDOR CUSTOMER #:  VC1000000192 | | |

Each signatory below represents that the person has the requisite authority to enter into this contract amendment.

**Department Representative:**

**Provider Representative:**

*Catherine Curtis*

BY: Catherine Curtis          **Date**

Deputy Secretary of State, BMV

*Harold M. Gallos*          01/16/2025

BY: Harold M. Gallos          **Date**

Director, Contracts Administration

*The contract amendment is fully executed when all parties sign and funds have been encumbered. Upon final approval by the Office of State Procurement Services, a case details page will be made part of this contract amendment.*

Contract Amendment Template - REV 1/3/2025

Maine BMV 028

STATE OF MAINE | CONTRACT AMENDMENT

| | AMENDMENT |
|---|---|

The contract is hereby amended as follows: (Check and complete all that apply)

| | | | |
|---|---|---|---|
| ☒ | Amended Period | Original Start Date: **2/1/2018** | Amendment Start Date: **2/1/2025** |
| | | Current End Date: **1/31/2025** | New End Date: **1/31/2026** Click or tap to enter a date. |
| | | Reason:  **Extend dates of service** | |
| ☒ | Amended Contract Amount | Adjustment Amount:$54,542.11 | New Contract Amount: $ 519,844.05 |
| | | Reason: Extend funds for continued service | |
| ☐ | Amended Scope of Work | The Scope of Work in Rider A is amended as follows: | |
| ☐ | Other | Describe the Changes: | |

All other terms and conditions of the original contract and subsequent contract amendments remain in full force and effect.

| | CODING |
|---|---|

| LINE TOTAL | FUND | DEPT | UNIT | SUB UNIT | OBJ | PROGRAM | PROGRAM PERIOD | APPR FUNDING | FISCAL YEAR |
|---|---|---|---|---|---|---|---|---|---|
| $ 27,271.00 | 012 | 29B | 0077 | 04 | 4099 | | | | 2025 |

| LINE TOTAL | FUND | DEPT | UNIT | SUB UNIT | OBJ | PROGRAM | PROGRAM PERIOD | APPR FUNDING | FISCAL YEAR |
|---|---|---|---|---|---|---|---|---|---|
| $  27271.11 | 012 | 29B | 0077 | 04 | 4099 | | | | 2026 |

| LINE TOTAL | FUND | DEPT | UNIT | SUB UNIT | OBJ | PROGRAM | PROGRAM PERIOD | APPR FUNDING | FISCAL YEAR |
|---|---|---|---|---|---|---|---|---|---|
| $ | | | | | | | | | |

(Departments - Attach separate sheet as needed for additional coding.)

Maine BMV 029