# Exhibit 6

END OF DOCUMENT

On August 11, 2026, at 12:17 pm SA Matthew Kyle served subpoena # HSI-DC-2026-081167-001 to the AAMVA, in the care of Charla Young, at the AAMVA office at 4250 Fairfax Drive, Suite 1000, Arlington, VA 22203.

x _Charla Young_  8/11/26

x _Matt Kyle_  8/11/26

U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 4 of 4



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
12200 Sunrise Valley Drive
Reston, VA 20191

August 11, 2026

Ian M. Grossman, President and CEO
American Association of Motor Vehicle Administrators
4250 Fairfax Drive., Suite 1000
Arlington, VA 22203

Mr. Grossman,

Homeland Security Investigations (HSI) is investigating illegal practices in commercial driver's license (CDL) schools, identifying and addressing criminal fraud regarding the issuance of CDLs to illegal aliens, and conducting civil immigration enforcement. HSI leverages its broad authorities to conduct investigations and enforcement actions that protect the American people.

Among other authorities, HSI special agents are immigration officers authorized under section 287 of the Immigration and Nationality Act (INA), 8 U.S.C. § 1357, to perform duties relating to the enforcement of the immigration laws of the United States. Immigration officers have the authority to issue an administrative immigration enforcement subpoena to require "the attendance and testimony of witnesses before immigration officers and the production of books, papers, and documents relating to the privilege of any person to enter, reenter, reside in, or pass through the United States or concerning any matter which is material and relevant to the enforcement of [the Immigration and Nationality Act] . . . ." INA § 235(d)(4)(A), 8 U.S.C. § 1225(d)(4)(A). Immigration enforcement subpoenas may be used in criminal or civil investigations. 8 C.F.R. § 287.4(a)(1). Failure to comply with this subpoena will render the American Association of Motor Vehicle Administrators liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience. INA § 235(d)(4)(B), 8 U.S.C. § 1225(d)(4)(B).

Please see the enclosed subpoena detailing the specific records requested pursuant to the above authorities, with a requested response date of August 17, 2026. We appreciate your attention to this matter.

Sincerely,

Eric Weindorf
Special Agent in Charge



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Washington, D.C.
12200 Sunrise Valley Drive
Reston, VA

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Ian M. Grossman, President & CEO<br>American Association of Motor Vehicle<br>Administrators<br>4250 Fairfax Dr Ste 1000<br>Arlington, Virginia 22203<br>United States | **Date:** | 8/11/2026 |
| | | **Service Methods:** | Hard Copy Only |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (703) 424-6008 |
| | | **Agent Email:** | Matthew.R.Kyle@hsi.dhs.gov |
| **From:** | Matthew Kyle | | |

☐ **Urgent**          ☒ **Action**          ☐ **Concurrence**          ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-DC-2026-081167-001

Please respond by 8/17/2026 8:00 AM Eastern

Please send response to SA Matthew Kyle at matthew.r.kyle@hsi.dhs.gov.

**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 4

| 1. To (Name, Address, City, State, Zip Code)<br>Ian M. Grossman, President & CEO<br>American Association of Motor Vehicle Administrators<br>4250 Fairfax Dr Ste 1000<br>Arlington, Virginia 22203<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-DC-2026-081167-001

**2.** In Reference To

_____            _____
(Title of Proceeding)                (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Matthew Kyle<br>Criminal Investigator<br>12200 Sunrise Valley Dr<br>Reston, VA 20191<br>United States | Telephone<br><br>(703) 424-6008<br>Fax | 8/17/2026 8:00 AM Eastern |

4. Records required to be produced for inspection

Please see attached continuation page.

| | 5. Authorized Official |
|---|---|
| | $\mathcal{O\!\!R\!\!D\!\!x}$ |
| | (Signature) |
| | Christopher Dockx |
| | (Printed Name) |
| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | Assistant Special Agent in Charge (Acting) |
| | (Title) |
| | 8/11/2026 10:14 AM Eastern |
| | (Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.08.11 14:15:05 +00:00

 **U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 2 of 4

| 1. | To (Name, Address, City, State, Zip Code)<br>Ian M. Grossman, President & CEO<br>American Association of Motor Vehicle Administrators<br>4250 Fairfax Dr Ste 1000<br>Arlington, Virginia 22203<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-DC-2026-081167-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation**: This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Pursuant to an ongoing investigation by the Department of Homeland Security, Homeland Security Investigations, please provide all individual pointers found within the Commercial Driver's License Information System (CDLIS) within the last 5 years:
• Driver Name
• Date of Birth
• State of Record
• License Number
• Social Security Number (If available. If not, please provide date when this data was removed from records retained by American Association of Motor Vehicle Administrators (AAMVA).

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Criminal Investigator Matthew Kyle

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Criminal Investigator Matthew Kyle at U.S. Immigration and Customs Enforcement:
12200 Sunrise Valley Dr , Reston, VA, 20191

If you have questions, please contact Criminal Investigator Matthew Kyle at (703) 424-6008.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

 **U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 3 of 4

**END OF DOCUMENT**



U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 4 of 4