**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI‘I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WISCONSIN;<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, *in his official capacity as Secretary of Transportation*; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; DEREK D. BARR, *in his official capacity as Administrator of the Federal Motor Carrier Safety Administration*; AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS,<br><br>*Defendants*. | No. 1:26-cv-2547 |

**PLAINTIFF STATES' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**


Kwame Raoul
*Attorney General of Illinois*
Cara Hendrickson*
*Executive Deputy Attorney General*
Katharine Roller*
Paul Berks*
*Complex Litigation Counsels*
Gretchen Helfrich*
*Deputy Chief, Special Litigation Bureau*
Molly Mauck*
*Assistant Attorney General*
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
115 S. LaSalle St.,
Chicago, IL 60603
312-814-3000

Counsel for the State of Illinois

Jay Jones
*Attorney General of Virginia*
Tillman J. Breckenridge (#85647)
*Solicitor General*
Megan C. Keenan (#102489)
*Deputy Solicitor General*
Counsel of Record
Mikaela A. Phillips (#97164)
*Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Facsimile: (804) 786-1991
SolicitorGeneral@oag.state.va.us

Counsel for the Commonwealth of Virginia


August 13, 2026

** Pro hac vice forthcoming*
*Additional counsel in signature block*

**PLAINTIFF STATES' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE that Plaintiffs COMMONWEALTH OF VIRGINIA; STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; and STATE OF WISCONSIN (collectively, Plaintiff States) hereby move the Court pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order (TRO) against Defendants UNITED STATES DEPARTMENT OF TRANSPORTATION (DOT); SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION (FMCSA); DEREK D. BARR, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration (collectively, Agency Defendants); AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS (AAMVA) (collectively with Agency Defendants, Defendants); and their officers, agents, servants, employees, and any other persons who are in active concert or participation with them.

Plaintiff States respectfully move the Court to enter a temporary restraining order prohibiting Defendants from taking any of the actions described in Plaintiff States' contemporaneously filed Proposed Order. This request is based on this Emergency Motion, the Complaint for Declaratory and Injunctive Relief (ECF 1), the Brief in Support that accompanies this motion, the proposed Temporary Restraining Order, the accompanying supporting declarations and exhibits, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court.

As set forth in the accompanying Brief in Support, a TRO is necessary by 5 p.m. on August

14, 2026, to prevent immediate and irreparable harm to Plaintiff States. Absent immediate injunctive relief, Plaintiff States will face irreparable harm from the unlawful disclosure of millions of records consisting of the personal information of commercial drivers. The production by Defendant AAMVA of the data sought by the Agency Defendants will harm Plaintiff States' sovereign interests in controlling proprietary data generated and owned by each state's driver licensing agency, damage public trust in Plaintiff States as custodians of their residents' personal information, and deter drivers from applying for commercial drivers' licenses (CDLs). Alternatively, if the data is not produced, FMCSA has threatened AAMVA with consequences that will cause the shutdown of the Commercial Driver's License Information System (CDLIS), a critical interstate data-sharing system that safeguards American drivers. Accordingly, the Plaintiff States seek a TRO to preserve the status quo. Given the imminence of either AAMVA's irreversible disclosure of Plaintiff States' records as early as August 17, 2026, or the disruption to the CDLIS system, Plaintiff States respectfully request that a temporary restraining order be entered by 5 p.m. on Friday, August 14, 2026.

Notice of this Motion has been provided to Defendants as set forth in the accompanying Declaration of Katharine Roller Regarding Notice to Defendants of Emergency Motion. As of the time of this filing, Defendant AAMVA has acknowledged receipt.

For the foregoing reasons, the Plaintiff States respectfully request that the Court enter a temporary restraining order by 5 p.m. on Friday, August 14, 2026.

Date: August 13, 2026

Respectfully submitted,

**KWAME RAOUL**
Attorney General of Illinois

/s/ Katharine Roller
CARA HENDRICKSON*
*Executive Deputy Attorney General*
KATHARINE ROLLER*

**JAY JONES**
Attorney General of Virginia

/s/ Megan C. Keenan
TILLMAN J. BRECKENRIDGE (#85647)
*Solicitor General*
MEGAN C. KEENAN (#102489)

PAUL BERKS*
*Complex Litigation Counsel*
GRETCHEN HELFRICH*
*Deputy Chief, Special Litigation Bureau*
MOLLY MAUCK*
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. LaSalle St.,
Chicago, IL 60603
312-814-3000
Cara.Hendrickson@ilag.gov
Katharine.Roller@ilag.gov
Paul.Berks@ilag.gov
Gretchen.Helfrich@ilag.gov
Molly.Mauck@ilag.gov
*Counsel for Plaintiff State of Illinois*

*Deputy Solicitor General*
*Counsel of Record*
MIKAELA A. PHILLIPS (#97164)
*Assistant Solicitor General*
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
804-786-2071
mkeenan@oag.state.va.us
mphillips@oag.state.va.us
*Counsel for Plaintiff Commonwealth of Virginia*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

*/s/ Mitchell P. Reich*
MITCHELL P. REICH*
*Senior Counsel to the Attorney General*
KARTHIK REDDY*
*Special Assistant Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth St. NW
Washington, DC 20001
202-279-1261
Mitchell.Reich@dc.gov
*Counsel for Plaintiff District of Columbia*

**ROB BONTA**
Attorney General of California

*/s/ David Green*
THOMAS S. PATTERSON*
MICHAEL L. NEWMAN*
*Senior Assistant Attorneys General*
SETH E. GOLDSTEIN*
ROBIN L. GOLDFADEN*
*Supervising Deputy Attorneys General*
DAVID GREEN*
MARIA BUXTON*
CHASE GOLDSTEIN*
EZRA KAUTZ*
EMILIA P. E. MORRIS*
*Deputy Attorneys General*
1300 I Street, Suite 125
Sacramento, CA 95814
916-210-6242
David.Green@doj.ca.gov
*Counsel for Plaintiff State of California*

**KRISTIN MAYES**
Attorney General of Arizona

*/s/ Mary M. Curtin*
MARY M. CURTIN*
*Senior Litigation Counsel*

**PHIL WEISER**
Attorney General of Colorado

*/s/ Gabe Podesta*
GABE PODESTA*
SARAH H. WEISS*

Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
602-542-3333
Mary.Curtin@azag.gov
ACL@azag.gov
*Counsel for Plaintiff State of Arizona*

*Senior Assistant Attorneys General*
1300 Broadway, 10th Fl.
Denver, CO 80203
720-508-6000
Gabe.Podesta@coag.gov
Sarah.Weiss@coag.gov
*Counsel for Plaintiff State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Vianca Malick*
VIANCA MALICK*
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Vianca.Malick@ct.gov
*Counsel for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

/s/ *Ian R. Liston*
IAN R. LISTON*
*Director of Impact Litigation*
VANESSA L. KASSAB*
*Deputy Attorney General*
ANURADHA SIVARAM*
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov
*Counsel for Plaintiff State of Delaware*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

*/s/ Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
808-586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel for Plaintiff State of Hawaiʻi*

**AARON M. FREY**
Attorney General of Maine

*/s/ Halliday Moncure*
HALLIDAY MONCURE*
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Halliday.Moncure@maine.gov
*Counsel for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

*/s/ Yasmin Dagne*
YASMIN DAGNE*
*Assistant Attorney General*
Office of the Attorney General

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

*/s/ Gerard J. Cedrone*
GERARD J. CEDRONE*
*Deputy State Solicitor*
MICHELLE PASCUCCI*

200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.maryland.gov
*Counsel for the State of Maryland*

*State Trial Counsel*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
617-963-2282
Gerard.Cedrone@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
*Assistant Attorney General*
P.O. Box 30212
Lansing, MI 48909
517-241-1050
GiovanattiN@michigan.gov
*Counsel for the State of Michigan*

**AARON D. FORD**
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND*
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Counsel for the State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Amanda McElfresh*
AMANDA MCELFRESH*
*Deputy Attorney General*
New Jersey Office of the Attorney General
124 Halsey Street
Newark, NJ 07101
609-696-5363
Amanda.McElfresh@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

*/s/ Anjana Samanti*
ANJANA SAMANT*
*Deputy Counsel*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Counsel for Plaintiff State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
*Chief Counsel for Federal Initiatives*
ZOE LEVINE*
*Special Counsel for Immigrant Justice*
MATTHEW CONRAD*
*Assistant Attorney General*
28 Liberty St.

**DAN RAYFIELD**
Attorney General of Oregon

*/s/ Scott P. Kennedy*
SCOTT P. KENNEDY*
*Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880
Scott.Kennedy@doj.oregon.gov

New York, NY 10005
212-416-8333
Rabia.Muqaddam@ag.ny.gov
Zoe.Levine@ag.ny.gov
Matthew.Conrad@ag.ny.gov
*Counsel for Plaintiff State of New York*

*Counsel for Plaintiff State of Oregon*

**JOSH SHAPIRO**
Governor for Commonwealth of Pennsylvania

/s/ Jacob B. Boyer
JENNIFER C. SELBER*
JACOB B. BOYER*
Governor's Office of General Counsel
30 North 3rd Street
Suite 200
Harrisburg, PA 17101
JacobBoyer@pa.gov
*Counsel for Governor Josh Shapiro*

**CHARITY R. CLARK**
Attorney General of Vermont

/s/ Ryan Patrick Kane
RYAN PATRICK KANE*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
802-828-3171
Ryan.Kane@vermont.gov
*Counsel for Plaintiff State of Vermont*

**NICHOLAS W. BROWN**
Attorney General of Washington

/s/ Lauryn K. Fraas
LAURYN K. FRAAS*
*Assistant Attorney General*
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
206-464-7744
Lauryn.Fraas@atg.wa.gov
*Counsel for Plaintiff State of Washington*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

/s/ Brian Keenan
BRIAN KEENAN*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
608-266-0020
Brian.Keenan@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*