**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAIʻI; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, *in his official capacity as Secretary of Transportation*; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; DEREK D. BARR, *in his official capacity as Administrator of the Federal Motor Carrier Safety Administration*; AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS,

*Defendants*.

No. 1:26-cv-2547

**INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

| ECF No. | Name | State |
|---|---|---|
| 3-1 | Declaration of Katharine Roller (Roller Decl.) | N/A |
| 3-2 | Declaration of Kevin Duesterhaus (Duesterhaus Decl.) | IL |
| 3-3 | Declaration of Marquis Miles (Miles Decl.) | DC |
| 3-4 | Declaration of Kristin Triepke (Triepke Decl.) | CA |
| 3-5 | Declaration of Saundra M. Jack (Jack Decl.) | VA |
| 3-6 | Declaration of Electra Theodorides-Bustle (Bustle Decl.) | CO |
| 3-7 | Declaration of Kelly O'Connell (O'Connell Decl.) | CT |
| 3-8 | Declaration of Shanté A. Hastings (Hastings Decl.) | DE |
| 3-9 | Declaration of Toby Wakumoto (Wakumoto Decl.) | HI |

| | | |
|---|---|---|
| 3-10 | Declaration of Steven Vasquezi (Vasquezi Decl.) | MA |
| 3-11 | Declaration of Christine Nizer (Nizer Decl.) | MD |
| 3-12 | Declaration of Shenna Bellows (Bellows Decl.) | ME |
| 3-13 | Declaration of Ryan Smith (Smith Decl.) | MI |
| 3-14 | Declaration of Rosalie Johnson (Johnson Decl.) | NJ |
| 3-15 | Declaration of Htet Wint (Wint Decl.) | NM |
| 3-16 | Declaration of K. Brunetti Ireland (Ireland Decl.) | NV |
| 3-17 | Declaration of Jasen Catalfamo (Catalfamo Decl.) | NY |
| 3-18 | Declaration of Linda Beuckens (Beuckens Decl.) | OR |
| 3-19 | Declaration of Diosdado Arroyo (Arroyo Decl.) | PA |
| 3-20 | Declaration of Brad Benfield (Benfield Decl.) | WA |
| 3-21 | Declaration of Kristina H. Boardman (Boardman Decl.) | WI |