IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | ) | 1:26-cv-2547 (AJT-IDD) |

**ORDER**

Several states and the District of Columbia (collectively the Plaintiff States) have sued Defendants U.S. Department of Transportation ("DOT"), the Secretary of Transportation, the Federal Motor Carrier Safety Administration ("FMCSA"), the Administrator of FMCSA, and the Association of American Motor Vehicle Administrators ("AAMVA") (collectively "Defendants"), and have filed an Emergency Motion for a Temporary Restraining Order, which requests an order temporarily enjoining the AAMVA from producing data and records that Defendants FMCSA and DOT have demanded they receive on or before August 17, 2026 and enjoining the Defendants from imposing any adverse actions or sanctions in the event such documents and data are not produced as demanded. The Plaintiff States have noticed a hearing on the Motion for Friday, August 14, 2026. Upon consideration of the Motion, and it appearing that additional time is necessary for the Court to consider the Motion, and that the ends of justice require that an administrative stay of this action be entered pending its further consideration of the Motion, it is hereby

**ORDERED** that, pursuant to the All Writs Act and the Court's inherent powers to manage

its docket, an **ADMINISTRATIVE STAY** be, and the same hereby is, entered in this case until further order of this Court, during which, Defendant AAMVA be, and the same hereby is, **ENJOINED** from providing the demanded data and information to any Defendant, or any other agency acting in coordination with Defendants; and Defendants be, and the same hereby are, **ENJOINED** from taking any adverse actions to implement or enforce, or that are otherwise related to, its data demand, including, without limitation, terminating or threatening to terminate AAMVA's federal contracts or funding, or terminating or threatening to terminate the Plaintiff States' federal contracts or funding; and it is further

**ORDERED** that Defendants file their Opposition to Plaintiffs' Motion by 5:00 PM on Monday, August 17, 2026, and Plaintiffs file their Reply by 12:00 p.m. EST on Wednesday, August 19, 2026; and it is further

**ORDERED** that the hearing on Plaintiffs' Motion, currently noticed for Friday, August 14, 2026, at 10:00 am, be and is, **CONTINUED** to Thursday, August 20, 2026 at 10:00 a.m. in Courtroom 1000.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
August 13, 2026

/s/
Anthony J. Trenga
Senior United States District Judge