# A

# COMMERCIAL DRIVER'S LICENSE INFORMATION SYSTEM (CDLIS)

## The OPERATION, MANAGEMENT, ADMINISTRATION, AND MODERNIZATION COOPERATIVE AGREEMENT (June 9, 2008)

## PREAMBLE

### BACKGROUND

The Commercial Motor Vehicle Safety Act of 1986, re-codified at 49 U.S.C. Chapter 313, established the requirements for participation by the States in the Commercial Driver's License (CDL) program. The goal of the statute is to improve highway safety by ensuring that drivers of large trucks and buses are qualified to operate those vehicles and to remove unsafe and unqualified drivers from the highways. The statute retained the States' right to issue a driver's license, but established minimum national standards which States must meet when licensing commercial motor vehicle drivers.

Pursuant to 49 U.S.C. §31309(a), the Secretary of the Department of Transportation (DOT) was required to establish or designate an information system to serve as the clearinghouse of information provided by the States about any individual who operates commercial motor vehicles, including his/her identification, licensing history, and disqualification history. This system, known as CDLIS, also includes information about any individual required to have a CDL who has been convicted of any of the disqualifying offenses listed in 49 C.F.R. 383.51.

In 1988, DOT's Federal Highway Administration (FHWA) entered into an agreement with the American Association of Motor Vehicle Administrators (AAMVA) and its former affiliate AAMVAnet, Inc. (AAMVAnet) to establish a communications network to implement CDLIS. The agreement designated AAMVAnet the CDLIS operator, directly responsible for managing and administering the information system. Section 106(b) of the Motor Carrier Safety Improvement Act of 1999 (MCSIA), transferred all legal documents in effect at the time of the statute's enactment, including the 1988 Designation Agreement, from FHWA to DOT's Federal Motor Carrier Safety Administration (FMCSA). It is the intent of the Parties that this Operation, Management, Administration, and Modernization Grant Agreement (Agreement) will supersede the Designation Agreement.

In August 2005, 49 U.S.C. §31309, as amended by section 4123, Pub. L. 109-59, 119 Stat. 1721, the Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users (SAFETEA-LU), provided FMCSA the authority to establish a modernization plan for CDLIS and to issue grant funding to States or an organization representing agencies and officials of States for the modernization of CDLIS.

On May 2, 2006, FMCSA published a Federal Register notice, the CDLIS Modernization Plan (71 FR 25885), detailing the statutory requirements for modernization, the phases of the modernization plan, and the availability of grant funding for AAMVA and the States to comply

with CDLIS modernization requirements. Since May 2006, FMCSA and AAMVA have entered into annual grant agreements under which AAMVA agreed to complete the tasks enumerated in the Modernization Plan.

The CDLIS Modernization was successfully completed by AAMVA, and the Modernized CDLIS was launched on [February 22, 2011]. In May 2012, the Parties mutually agreed to supplement the June 9, 2008 Operation, Management, Administration, and Modernization Cooperative Agreement between AAMVA and FMCSA for the purpose of clarifying certain matters and adding additional mutually agreed upon provisions. This Agreement, effective since June 9, 2008, continues to guide the relationship between the parties as it relates to the operation, management, administration, and modernization of CDLIS.

**PARTIES**

The Parties to this Agreement are AAMVA (also referred to herein as "Recipient") and FMCSA.

AAMVA represents agencies and officials of States for operation and modernization of CDLIS. AAMVA is a nonprofit corporation organized under the laws of the District of Columbia. AAMVA is the successor to AAMVAnet, Inc., a Virginia nonstock corporation organized under the laws of the Commonwealth of Virginia as a nonprofit corporation.

FMCSA was established as a separate administration within the U.S. Department of Transportation on January 1, 2000, pursuant to MCSIA.

**AUTHORITY**

This Agreement is executed under authority of 49 U.S.C. §31309, as amended by section 4123(a), of SAFETEA-LU; 31 U.S.C. §6301, et seq., the Federal Grant and Cooperative Agreement Act of 1977, as amended; 2 C.F.R. Part 215 and 49 C.F.R. Part 19, Uniform Administrative Requirements for Grants and Agreements with Institutions of Higher Education, Hospitals, and Other Non-Profit Organizations (OMB Circular A-110); Cost Principles for Non-Profit Organizations (OMB Circular A-122, relocated to 2 C.F.R. Part 230); OMB Circular A-133, Audits of States, Local Governments, and Non-Profit Organizations; and Generally Accepted Accounting Principles (GAAP) as prescribed in Accounting Principles Board Opinions and other related materials issued by the American Institute of Certified Public Accountants.

**PURPOSE**

The Parties are entering into this Agreement to enable AAMVA to continue to serve as the manager, administrator, and operator of CDLIS in accordance with the terms of this Agreement and all applicable laws and regulations. The Parties also intend to set out their duties and responsibilities for the CDLIS Modernization Plan as set forth in the Federal Register notice published on May 2, 2006, and their annual grant agreements.

Specifically, the goals of this Agreement are to provide a framework for the ongoing operation, maintenance, administration, and enhancement of CDLIS by AAMVA and for modernization of

the CDLIS so that it complies with applicable Federal information technology security standards; provides for the electronic exchange of all information including the posting of convictions; contains self-auditing features to ensure that data is being posted correctly and consistently by the States; integrates an individual's CDL and the medical certificate as required in the final rule, "Medical Certification Requirements as Part of CDL,"; and provide a schedule for modernization of the system. In accordance with the Modernization Plan as required in 49 U.S.C. §31309(e)(3), States will fund future efforts to modernize CDLIS.

## ARTICLES OF RESPONSIBILITIES

### ARTICLE 1. Funding – Period of Availability

Federally appropriated funds obligated to this Agreement are available until expended. 49 U.S.C. §§31309 and 31313. This agreement incorporates any previous grant agreements and amendments that obligated funds and were executed by the Parties between September 1, 2006 and the execution of this agreement regarding the operation and maintenance of CDLIS.

### ARTICLE 2. Dates

The project period for CDLIS modernization began on September 1, 2006, which is the first day of the first month following the issuance of the first grant to AAMVA, as contemplated in the CDLIS Modernization Plan published in the Federal Register on May 2, 2006. The project period shall continue for such time as the Recipient is designated as Operator of CDLIS. The Recipient shall be designated as the Operator of CDLIS as long as it meets all of its responsibilities pursuant to this Agreement.

The Recipient and FMCSA shall agree upon a timeline for the phases of the CDLIS Modernization Plan, with the intention that all States will implement the modernized CDLIS software by December 31, 2010. The timeline shall be adjusted from time to time based on actual funds appropriated and other needs identified during the course of implementation of the CDLIS Modernization Plan.

### ARTICLE 3. Project Description

AAMVA shall continue to operate the current CDLIS and AAMVA shall ensure that the modernized CDLIS:

a. Complies with industry standards and with applicable Federal information technology security standards is required in Article 6;
b. Provides for the electronic exchange of all information including the posting of convictions;
c. Contains self-auditing features to ensure that data is being posted correctly and consistently by the States; and
d. Integrates the CDL and the medical certificate.

**ARTICLE 4. Driver's Privacy Protection Act of 1994, as amended**

AAMVA shall ensure that CDLIS is operated in accordance with the Driver's Privacy Protection Act of 1994, as amended, 18 U.S.C. §2721 et seq.

**ARTICLE 5. State Compliance with Commercial Driver's License Program**

To support and enhance State compliance, AAMVA shall ensure that CDLIS is operated in accordance with the regulations on State Compliance with Commercial Driver's License Program (49 C.F.R. Part 384).

**ARTICLE 6. Information Technology Security Standards**

**ARTICLE 6** is guided by 49 USC §31106 and all other applicable Federal Standards. The Federal Security Standards were amended after the Effective Date of this Agreement. The Federal Security Standards in effect in March 2013 follow:

AAMVA shall ensure that CDLIS is operated in accordance with the following Federal information security and privacy requirements but are not limited to as they may be amended from time to time during the term of this agreement: Federal Information Security Management Act of 2002 (FISMA), 44 U.S.C. §3541, et seq, National Institute of Standards and Technology (NIST) Guidelines; the E-Government Act of 2002 and the Privacy Act of 1974. AAMVA shall utilize the applicable documents from the 800-Series of Special Publications and the Federal Information Processing Standards (FIPS) from the National Institute of Standards and Technology in the development of the modernized CDLIS, or operation of the current CDLIS. AAMVA may consult with the FMCSA Information Security Officer and the FMCSA Privacy Officer for guidance on the applicability of these and other publications in these series not herein identified.

A. Additionally AAMVA shall ensure the following:
   a. Assign Responsibility for Security and Privacy. Assign responsibility for privacy and security of the system to a management official knowledgeable in the nature of the information and process supported by the application and in the management, personnel, operational, and technical controls used to protect it. This official shall assure that effective privacy and security products and techniques are appropriately used in the application and shall be contacted when a security or privacy incident occurs concerning the application.
   b. System Security Plan. Plan for adequate security for CDLIS system as part of AAMVA's information resources management (IRM) planning process. The security plan shall be consistent with guidance issued by the National Institute of Standards and Technology (NIST).
   c. Rules of the System. Establish a set of rules of behavior concerning use of, security in, and the acceptable level of risk for, the system. The rules shall be based on the needs of the various users of the system. The security required by the rules shall be only as stringent as necessary to provide adequate security for information in the system. Such rules shall clearly delineate responsibilities and expected behavior of all individuals with

access to the system. They shall include appropriate limits on interconnections to other systems and shall define service provision and restoration priorities. They shall also include guidance about appropriate safeguards to protect the confidentiality of personally identifiable information. Finally, they shall be clear about the consequences of behavior not consistent with the rules.

d. Training. Ensure that all individuals are appropriately trained in how to fulfill their security responsibilities before allowing them access to the system. Such training shall assure that employees are versed in the rules of the system, be consistent with guidance issued by NIST, and apprise them about available assistance and technical security products and techniques. Behavior consistent with the rules of the system and periodic refresher training shall be required for continued access to the system.
e. Specialized Training. Before allowing individuals access to the application, ensure that all individuals receive specialized training focused on their responsibilities and the application rules. This may be in addition to the training required for access the system. Such training may vary from a notification at the time of access (e.g., for members of the public using an information retrieval application) to formal training (e.g., for an employee that works with the application).
f. Personnel Controls. Screen individuals who are authorized to bypass significant technical and operational security controls of the system commensurate with the risk and magnitude of harm they could cause. Such screening shall occur prior to an individual being authorized to bypass controls and periodically thereafter. Incorporate controls such as separation of duties, least privilege and individual accountability into the application and application rules as appropriate.
g. Incident Response Capability. Ensure that there is a capability to provide help to users when a security or privacy incident occurs in the system and to share information concerning common vulnerabilities and threats. This capability shall share information with other organizations involved, consistent with NIST coordination, and should assist the agency in pursuing appropriate legal action, consistent with existing requirements. Privacy Incidents should be reported within one hour of discovery or detection to the FMCSA Information Security Officer at (202)493-0196 or FMCSASecurity@dot.gov.
h. Continuity of Support. Establish and periodically test the capability to continue providing service based upon the needs and priorities of the participants of the system in the event of failure of its automated support.
i. Technical Security. Ensure that cost-effective security products and techniques are appropriately used within the system. Ensure that appropriate security controls are specified, designed into, tested, and accepted in the application in accordance with appropriate guidance issued by NIST.
j. Information Sharing. Ensure that information shared from the application is protected appropriately, comparable to the protection provided when information is within the application.
k. System Interconnection. Obtain written management authorization, based upon the acceptance of risk to the system, prior to connecting with other systems. Where connection is authorized, controls shall be established which are consistent with the rules of the system and in accordance with guidance from NIST and other relevant requirements.

l. Public Access Controls. Where an application promotes or permits public access, additional security controls shall be added to protect the integrity of the application and the confidence the public has in the application. Such controls shall include segregating information made directly accessible to the public from official agency records.
m. Review of Security Controls. Perform an independent review or audit of the security controls in the system when significant modifications are made to the system, but at least every three years. The scope and frequency of the review should be commensurate with the acceptable level of risk for the system. Depending on the potential risk and magnitude of harm that could occur, consider identifying a deficiency pursuant to OMB Circular No. A-123, "Management Accountability and Control" and the Federal Managers' Financial Integrity Act (FMFIA), if there is no assignment of security responsibility, no security plan, or no authorization to process for a system.
n. Authorize Processing. Ensure that a management official authorizes in writing the use of the system based on an independent review or audit of the security controls implemented in the system before beginning or significantly changing processing in the system.. A complete copy of the authorization package will be provided to FMCSA IT Security Team for review, comment and recommendation. Use of the system shall be re-authorized at least every three years. The Parties agree that AAMVA will permit FMCSA IT Security Team to conduct periodic security self-assessment of the CDLIS central site. FMCSA will assess the security posture of the CDLIS yearly by completing the self-assessment referred to above. Each assessment will examine the managerial, technical, and operational controls of the CDLIS central component. AAMVA will implement the recommendations made by FMCSA resulting from each security and privacy assessment and review.
o. Review of Application Controls. Perform an independent review or audit of the security controls in each application at least every three years. Consider identifying a deficiency pursuant to OMB Circular No. A-123, "Management Accountability and Control" and the Federal Managers' Financial Integrity Act if there is no assignment of responsibility for security, no security plan, or no authorization to process for the application.
p. Authorize Processing. Ensure that a management official authorizes in writing use of the application by confirming that its security plan as implemented adequately secures the application. Results of the most recent review or audit of controls shall be a factor in management authorizations. The application must be authorized prior to operating and re-authorized at least every three years thereafter. Management authorization implies accepting the risk of each system used by the application.

B. Treatment of Personally Identifiable Information (PII)

AAMVA shall ensure all sensitive and Personally Identifiable Information (PII) has been identified on the CDLIS, and that effective safeguards are deployed to protect against its unauthorized disclosure in accordance with all current Federal and State privacy protection requirements during the course of this agreement.

C. Privacy Act Applicability

DOT has determined that CDLIS is not a Federal "system of records," as defined by the Privacy Act of 1974 (5 U.S.C. §552a), because the records in CDLIS are not controlled by DOT. Federal agencies obtaining access to CDLIS records may be subject to the Privacy Act, if they establish a

system of records with the information obtained from CDLIS. Such agencies may also need to provide a process for review and correction of those records. Prior to sharing CDLIS records with any Federal agency, other than FMCSA, AAMVA shall ensure that the agency has the appropriate Privacy Act measures in place, if applicable, regarding the collection, maintenance, dissemination and use of CDLIS records.

**ARTICLE 7. Availability of Information**

**ARTICLE 7** is guided by 49 USC § 31106 and all other applicable Federal Standards. The Federal Security Standards were amended after the Effective Date of this Agreement. The Federal Security Standards in Effect in March 2013 follow:

Upon request, AAMVA shall make available to the following designated entities information in the system as follows:

a. To a State authorized official as required to carry out the responsibilities under the Commercial Driver's License Program: information on all driver records but only as it relates to a particular official State task or function;
b. To FMCSA: all information on all driver records, including non-CDL holders who operate CMVs.
c. To third party service providers: access to CDLIS Central Site master pointer records only for the purpose of locating a commercial driver's State of record after the third party service provider has entered into an agreement with AAMVA and either (i) has received a copy of the signed written consent from the driver for release of the information pertaining to that driver or (ii) has entered into a written agreement with the party requesting CDLIS Central Site master pointer records requiring that it will not request CDLIS Central Site master pointer records for a driver unless and until it has received a copy of the written consent from the driver for release of the information pertaining to that driver. AAMVA or its authorized representative will conduct an annual review with each third party service provider to ensure that the provider is receiving and maintaining records of the written consent or of the written assurances from requesting parties that such parties have received the required written consent from the driver whose CDLIS information is being sought. These signed written consent forms must be retained for a period of 3years. In conducting these reviews of third party service providers, AAMVA or its authorized representative may utilize a reasonable sampling methodology in accordance with procedures approved in advance by FMCSA.

**ARTICLE 8. CDLIS Program Income**

A. Existing CDLIS System
The Parties agree that the Recipient shall retain program income earned as the result of operating the existing CDLIS provided that the Recipient shall use the retained program income to operate and maintain the existing CDLIS without funding from FMCSA to include all eligible activities associated with the following functions:

a. Maintain the network, hardware, and software needed for the sending and receiving of messages between the CDLIS Central Site and all of the jurisdictions;
b. Provide assistance to States when problems occur with messages between States;

c. Maintain a problem reporting system to track known problems and the resolution of the problem, and check progress of State resolution quarterly;
d. Provide information on problems to FMCSA quarterly (after contacting the State to determine progress fixing problem); and,
e. Create Structured Tests (A basic test, and specific tests for changes like MCSIA and Rail Road Highway Grade Crossing) conducted to ensure that a State's programming changes meet written specifications, the State is able to transmit and receive messages, and the State's system will not negatively impact other States or the CDLIS Central Site.

B. Modernized CDLIS System

The Parties agree that CDLIS Modernization Program Income shall be that income earned by the Recipient beginning on the first day of the first month (February 1, 2011) during which the new modernized CDLIS central site is operational and continuing thereafter as long as AAMVA is the FMCSA designated operator of CDLIS. The Parties agree that the Recipient shall retain CDLIS Modernization Program Income, provided that the Recipient shall operate and maintain the existing CDLIS (in accordance with subsection A of this Article) and fund future modernization efforts without funding from the FMCSA, to include all eligible activities associated with the following functions:

a. Maintain the network, hardware, and software needed for the sending and receiving of messages including the additional information required by SAFETEA-LU, between the CDLIS Central Site and all of the jurisdictions;
b. Provide assistance to States when problems occur with messages between States;
c. Maintain a problem reporting system to track known problems and the resolution of the problem, and check progress of State resolution quarterly;
d. Provide information on problems to the FMCSA quarterly (after contacting the State to determine progress made on fixing the problem);
e. Create Structured Tests (A basic test, and specific tests as may be required by program and system changes);
f. Perform Structured Testing with States (The basic test is to be performed at least once every 3 years. The basic test will be included with the specific tests, if it has been over 2 years since a State completed the basic testing);
g. Maintain documentation: State Procedures Manual, AAMVA Code Dictionary (ACD) Manual (uniform conviction and withdrawal codes), CDLIS System Specifications (or other documents that are created to support CDLIS), and Unified Network Interface (UNI) documentation as it applies to CDLIS;
h. Provide training on CDLIS Documentation: State Procedures Manual, ACD Manual, CDLIS System Specifications and implementation documents;
i. Provide training on UNI documentation as it applies to CDLIS;
j. Maintain the CDLIS Central Site in accordance with Federal Security Standards as described in Article 6; and
k. Retain a portion of program income to establish a fund designated for future modernization efforts.

For purposes of this Agreement, "modernization" of CDLIS shall include modifications to incorporate future technological developments and improvements with respect to existing CDLIS functionalities on the date of this Agreement. AAMVA, through action of its Board of Directors, shall establish CDLIS fees at a level that is adequate to provide revenues adequate to fund anticipated costs of carrying out AAMVA's obligations under this Agreement.

The Parties agree that the following eligible activities may be funded by CDLIS Modernization Program Income:

l. Develop and implement digital imaging technologies to allow for the exchange of digital images between jurisdictions and better identify driver license applicants;
m. Operate and maintain the Interprovincial Record Exchange (IRE) communication bridge developed and implemented with Canadian Council of Motor Transport Administrators (CCMTA) to enable U.S. and Canadian jurisdictions to exchange driver status data on commercial vehicle operators interactively; and
n. Other activities related to CDLIS and other federal transportation program objectives jointly approved by the AAMVA and FMCSA.

C. Annual Report of Prospective Use of Program Income
AAMVA shall provide an annual financial report to FMCSA regarding: the total expenditures of money by AAMVA on activities as described in Article 8(B)(a)-(q) and forecasting the use of Program Income in the upcoming 12-month period. The reporting period shall be October 1 to September 30 and the report shall be due no later than October 1 of each 12-month period.

D. Quarterly Report of Program Income
AAMVA shall provide a financial report within six months of the execution of this agreement regarding the total revenues and expenditures of program income by AAMVA since August 31, 2006 to June 30, 2008. Thereafter, AAMVA shall provide a quarterly financial report to FMCSA regarding the total revenues and expenditures of the program income by AAMVA on activities as described in Article 8(B)(a)-(q). The reporting period shall be January 1 to March 31; April 1 to June 30; July 1 Sept 30 and October 1 to December 31. Each report shall be due no later than 60 calendar days of the last day of the quarter. In addition, AAMVA will provide the audited financial report for each fiscal year (October 1 to September 30) no later than January 31 of the following fiscal year.

E. Annual Fiscal Management Review
The parties will meet annually to review AAMVA's level of effort devoted to each eligible activity, address future modernization requirements and efforts, and identify and agree on any required funding levels for ongoing activities and future modernization efforts.

**ARTICLE 9. Allowability of Costs**

The costs of Federal financial assistance performed or administered by nonprofit organizations are determined by the provisions of OMB Circular A-122 (relocated to 2 C.F.R. Part 230).

**ARTICLE 10. Indirect Costs**

In order for indirect costs to be chargeable to this Agreement, the Recipient must first establish an appropriate indirect cost rate. FMCSA will accept any current indirect cost rate or allocation plan previously approved for Recipient by a cognizant Federal agency. The Recipient is responsible for ensuring that independent audits are conducted in accordance with the existing Federal auditing and reporting standards set forth in OMB Circular A-133. The audit report must be submitted to FMCSA to support any future indirect cost proposals. This Indirect Costs provision does not operate to waive the limitations on Federal funding provided in this document. The Recipient's audited final indirect costs are allowable only insofar as they do not cause the Recipient to exceed the total program costs.

**ARTICLE 11. Budget Revisions/Reallocation of Amounts**

The Recipient must obtain prior written approval from the FMCSA Agreement Officer (AO) to transfer amounts budgeted for indirect costs to absorb increases in direct costs, or vice versa. The Recipient must also obtain prior written approval from the FMCSA AO to transfer amounts budgeted for direct cost categories when the cumulative value of such transfers will exceed 10% of the value of the Federal share of this Agreement. When requesting such approval, a written request suffices.

**ARTICLE 12. Intellectual Property Rights**

The Recipient shall make available to FMCSA copies of all work developed in performance with this agreement, including but not limited to software and data. FMCSA and others acting on its behalf shall have unlimited rights to obtain, reproduce, publish or otherwise use the data, software and other work developed in the performance of this Agreement pursuant to 49 C.F.R. §19.36.

Recipient retains ownership of system data and the software comprising CDLIS. Pursuant to 35 U.S.C. §202, FMCSA hereby reserves a nonexclusive, nontransferable, irrevocable, paid-up license to practice or have practiced for or on behalf of the United States any subject invention throughout the world.

**ARTICLE 13. Acknowledgment of Support and Disclaimer**

FMCSA retains license rights to all developed software and documentation under this Agreement in the event the Recipient is unable to continue supporting the functionality of this software. A procedure for ensuring the availability of the software source code and accompanying documentation shall be worked out as one of the early requirements of this Agreement. FMCSA will not make this source code available to any other source without the approval of the Recipient unless the Recipient ceases to support this software for any reason.

**ARTICLE 14. Site Visits**

FMCSA, through its authorized representatives, has the right, at all reasonable times, to make site visits to review project accomplishments and management control systems and to provide such technical assistance as may be required. If any site visit is made by the FMCSA on the premises of the Recipient or a sub-grantee or third party contractor or subcontractor under this Agreement, the Recipient shall provide and shall require these entities to provide all reasonable facilities and assistance for the safety and convenience of FMCSA representatives in the performance of their duties. All site visits and evaluations shall be performed in such a manner as will not unduly delay work.

**ARTICLE 15. Section 508 of the Rehabilitation Act**

All electronic and information technology (EIT) products rendered under this Agreement shall comply with Section 508 of the Rehabilitation Act and the Access Board Standards (36 C.F.R. Part 1194) and Guidelines, available for viewing at http://www.section 508.gov. Unless otherwise indicated, the Recipient represents by signature on this Agreement that all EIT products developed under this Agreement comply with the Access Board standards.

**ARTICLE 16. Special Requirements of the Agreement**

A. Non-Endorsement Statement
An acknowledgement of FMCSA support and a disclaimer of endorsement must appear in any publication of any material, whether copyrighted or not, based on or developed under this Agreement in the following terms:

> "This material is based upon work supported by the U.S. Department of Transportation/Federal Motor Carrier Safety Administration under Operation, Management, Administration, and Modernization Cooperative Agreement. Any opinions, findings, conclusions or recommendations expressed in this publication are those of the Author(s) and do not necessarily reflect the view of the U.S. Department of Transportation."

B. Reprints of Publications
At such time as any article resulting from work under this Agreement is published in a scientific, technical, or professional journal or publication, two reprints of the publication shall be sent to the AO, clearly referenced with the Agreement Number and other appropriate identifying information.

**ARTICLE 17. AO and Agreement Officer's Technical Representative (AOTR)**

The AO may designate an AOTR to assist in monitoring the work under this Agreement. If appointed, the AOTR will oversee the technical administration of this Agreement and act as technical liaison with the performing organization. The AOTR is not authorized to change this Agreement, to make any commitments or otherwise obligate the FMCSA or authorize any changes which affect the agreement funding schedule or other terms or conditions.

The AO is the only individual who can legally commit or obligate FMCSA for the expenditure of public funds. The technical administration of this agreement shall not be construed to authorize the revision of the terms and conditions of performance.

**ARTICLE 18. Reimbursements and Project Administration**

The Recipient's claims for reimbursement for expenses incurred under this project are made on Standard Form 270, Request for Advance Reimbursement. The Recipient shall designate the official(s) responsible for submitting and certifying vouchers, and the official(s) designated shall submit his/her signature(s) to FMCSA, CDL Division. The CDL Division will maintain the signatures on file. The designated Recipient official must sign the Standard Form 270. Reimbursements will be made using Electronic Funds Transfer to an account designated by Recipient.

The FMCSA CDL Division is responsible for ensuring costs incurred are eligible, allowable, reasonable, and authorized by the grant agreement. Advance payments are not authorized. Requests for reimbursement should be submitted to:

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
ATTN: Selden Fritschner, Chief, CDL Division (MC-ESL)
1200 New Jersey Avenue, S.E.
W65-332
Washington, D.C. 20590

**ARTICLE 19. Reporting Requirements and Schedule**

A. Submission of Reports
The Recipient shall submit two copies (one to the AO and one to the AOTR) of all required reports, invoices and documents, under transmittal letter referencing the Agreement number, as follows:

Submit one copy to the Agreement Officer at the following address:

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
1200 New Jersey Avenue, S.E. W65-316
Washington, D. C. 20590

ATTN: Name, AO

Submit one copy to the Agreement Officer's Technical Representative at the following address:

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
1200 New Jersey Avenue, S.E. W65-332
Washington, D.C. 20590
ATTN: Selden Fritschner

B. Report Format and Content
The Recipient should submit the following:

| ITEM | APPROXIMATE DUE DATE |
|---|---|
| Monthly Project Status Report | 15th of the month |
| Executive Steering Committee Report | Prior to the Executive Steering Committee Meeting |
| Request for Advance Reimbursement (SF 270) | Submitted as part of each invoice |
| Contract-to-Date financial Summary | Submitted as part of each invoice |
| Detail Invoice Report by task | Submitted as part of each invoice |
| Project Status Reports regarding the status of each ongoing Task by Phase under this Agreement. The Quarterly Executive Steering Committee Report should suffice to meet this requirement. It should consist of a narrative-type description of activities conducted during the reporting period. Each report will set forth concise statements covering activities relevant to this Agreement and will include:<br>Accomplishments to date, including percentage of completion for each phase.<br>Identification of work to be accomplished during the next reporting period.<br>Identification of any problems encountered that would affect the completion of the work within the time and money constraints as set forth in this Agreement, together with recommended solutions to such problems.<br>Estimated cost shown in the proposal for the current Phase, including FMCSA and AAMVA shares.<br>Total expended to date, including percentage of monies spent to date. | On a quarterly basis |

| | |
|---|---|
| Current and cumulative costs expended versus scheduled costs, including cost share. | |

C. Submission of Notices

All notices to be given under the terms of this Agreement shall be deemed given when delivered in person or by private courier service.

If to Recipient:

Neil D. Schuster
President and Chief Executive Officer
American Association of Motor Vehicle Administrators
4301 Wilson Boulevard, Suite 400
Arlington, VA 22203

If to FMCSA:

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
1200 New Jersey Avenue, S.E.
MC-ESL W65-332
Washington, D. C. 20590
ATTN: Selden Fritschner

**ARTICLE 20. Travel and Per Diem**

Travel requirements under this Agreement shall be met using the most economical form of transportation available. If economy class transportation is not available, Recipient must submit a written justification for use of higher class travel indicating dates, times, and flight numbers.

**ARTICLE 21. Financial Management System**

Within 30 days after the Effective Date of this Agreement as specified in Article 24, the Recipient is required to implement a financial management system adequate for monitoring the accumulation of costs and revenue and in accordance with the financial management system requirements of generally accepted accounting principles (GAAP) as prescribed in Accounting Principles Board Opinions and other related materials issued by the American Institute of Certified Public Accountants.

**ARTICLE 22. Governing Regulations**

A. Federal Standards

All applicable Federal Statutes and regulations guide this Agreement. This Agreement is not intended to conflict with current laws, regulations, Executive Orders, Federal Security Standards, or DOT directives. If any term of this Agreement is inconsistent with such authority, then the

term shall be invalid, but the remaining terms and conditions of this Agreement shall remain in full force and effect.

B. Administrative Requirements

The Parties to this Agreement acknowledge that their performance shall be governed by and in compliance with "Uniform Administrative Requirements for Grants and Agreements with Institutions of Higher Education, Hospitals, and other Non-profit Organizations," 2 C.F.R. Part 215; 49 C.F.R Part 19), and any other Federal laws and regulations that may be applicable.

C. Execution in Counterparts

This Agreement may be executed in two or more fully or partially executed counterparts each of which shall be deemed an original binding the signer thereof against the other signing party, but all counterparts together shall constitute one and the same instrument.

**ARTICLE 23. Amendments**

Any amendments to this Agreement must be made in writing, signed by all parties and specifically referred to as an amendment to this Agreement.

**ARTICLE 24. Effective Date**

By their signatures below, the Parties agree to incorporate supplemental language into the June 9, 2008 CDLIS Operation, Management, Administration, and Modernization Cooperative Agreement. The Effective Date of this CDLIS Operation, Management, Administration, and Modernization Cooperative Agreement remains June 9, 2008.

**ARTICLE 25. Transition and/or Termination Plan**

A. Termination.

a. Termination by Mutual Agreement. At any time during the term of this Agreement, the parties may, by written agreement, terminate the status of AAMVA as the Operator of CDLIS under this Agreement on such terms as both parties agree.
b. Termination for Cause. Either party may issue a Notice of Termination under this Agreement upon a material breach by the other party upon 180 days prior written notice, unless the defaulting party cures such breach within such period, or, if the breach is one that is curable but requires more than 180 days to cure, develops a plan to cure such breach within a mutually agreeable and reasonable period of time and diligently proceeds according to such plan until the breach is cured.
c. Termination by FMCSA without Cause. At any time during the term of this Agreement FMCSA may issue a Notice of Termination with respect to the appointment of AAMVA as the Operator of CDLIS if FMCSA determines that a termination is in the interest of FMCSA. FMCSA shall terminate by delivering a Notice of Termination to AAMVA.

d. Termination by AAMVA without Cause. AAMVA may at any time during the Term of this Agreement issue to FMCSA a Notice of Termination.

B. Obligations of the Parties following the Issuance of a Notice of Termination. Except as otherwise agreed by the parties in writing, the parties agree that following the issuance of a Notice of Termination in accordance with this Agreement, they shall have the following obligations:

a. On the first business day of the month immediately following the month in which a Notice of Termination is issued there shall begin an 18-month Transition Period during which the parties shall act in accordance with the provisions of this Article 25 to effectuate the orderly transfer of the obligations of the CDLIS Operator from AAMVA to another organization specified by FMCSA in accordance with this Agreement.

b. Following the issuance of a Notice of Termination, all provisions of this Agreement shall remain in full force and effect until the last business day of the 18th month of the Transition Period, at which time the obligations of the parties under this Agreement, except as otherwise provided in this Agreement, shall terminate.

c. At all times following the issuance of a Notice of Termination the parties shall cooperate in good faith toward the end of accomplishing the transfer of CDLIS Operator responsibilities.

d. On or before 60 days following the beginning of the Transition Period FMCSA shall designate in writing a successor CDLIS Operator ("Successor Operator") and shall enter into a written agreement with AAMVA under which FMCSA shall provide fair and equitable compensation to AAMVA for all work (and associated reasonable expenses incurred) to accomplish the orderly transfer of CDLIS Operator obligations to the Successor Operator. The Transition Period automatically shall be extended by the number of days of any delay in the designation of a successor CDLIS Operator beyond the foregoing 60-day deadline. The existence of such an agreement shall be a condition precedent to AAMVA's obligation to provide services not otherwise within the scope of its duties as CDLIS Operator.

e. On or before 90 days following the beginning of the Transition Period, FMCSA, AAMVA and the Successor Operator shall agree on a detailed plan ("Transition Plan") that provides for the orderly transition of responsibilities as CDLIS Operator from AAMVA to the Successor Operator. The Transition Period automatically shall be extended by the number of days of any delay in the agreement on a Transition Plan beyond the foregoing 90-day deadline.

**ARTICLE 26. CDLIS as State-to-State Platform**

AAMVA agrees not to perform actions that will supersede or interfere with the authority of the Secretary of Transportation to establish and operate motor carrier, commercial motor vehicle, and driver information systems and data analysis programs as required under the provisions of 49

U.S.C. §§ 31106 and 31309. The Department of Transportation shall be notified of any system changes that affect the system as it relates to motor carriers, commercial motor vehicle, and commercial driver's licenses.

In accordance with the Bayh-Dole Act, as amended by the Technology Transfer Commercialization Act of 2000 (P.L. 106-404), agreements AAMVA enters into with third parties shall not supersede or interfere with the Department of Transportation's royalty-free, nonexclusive and irrevocable license to obtain, reproduce, publish, or otherwise use the Commercial motor vehicle information systems platform and authorize others to do so for federal purposes. 35 U.S.C. § 202.

**ARTICLE 27. Program Financial Audit**

AAMVA agrees to complete an independent financial statement audit of CDLIS as mutually agreed upon by both Parties. AAMVA agrees to provide the results of the audit to FMCSA and provide corrective action plans, if necessary, to FMCSA for approval.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

By: [signature]

William A. Quade
Associate Administrator for Enforcement and Program Delivery

Date: 3/18/13

AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS

By: [signature]

Neil D. Schuster
President and Chief Executive Officer
American Association of Motor Vehicle Administrators
Date: 3.20.13

**COMMERCIAL DRIVER'S LICENSE INFORMATION SYSTEM (CDLIS)**

**FIRST ADDENDUM
TO THE
OPERATION, MANAGEMENT, ADMINISTRATION AND MODERNIZATION
COOPERATIVE AGREEMENT**

BACKGROUND

On June 9, 2008 the Federal Motor Carrier Safety Administration (FMCSA) and the American Administration of Motor Vehicle Administrators, a District of Columbia nonprofit corporation (AAMVA) entered into an Operation, Management, Administration and Modernization Cooperative Agreement. Among other things, that agreement set forth the terms and conditions under which AAMVA would continue to serve as the operator of the Commercial Driver's License program and carry out a modernization of the Commercial Driver's License Information System (CDLIS).

In March 2013 FMCSA and AAMVA agreed to supplement the June 9, 2008 Operation, Management, Administration and Modernization Cooperative Agreement to address, among other things, the intervening completion of the modernization of CDLIS. The March 2013 Operation, Management, Administration and Modernization Cooperative Agreement is referred to herein as the "2013 Agreement." This First Addendum to the 2013 Agreement is referred to herein as the "First Addendum."

FMCSA and AAMVA desire to amend the 2013 Agreement as provided below.

AGREEMENTS

NOW, THEREFORE, the Parties hereby agree as follows:

1. Unless otherwise specified, all capitalized terms in this First Addendum shall have the same meaning as ascribed to such terms in the 2013 Agreement.

2. FMCSA and AAMVA hereby agree that as of the date on which the last party signs this First Addendum, Article 7 of the 2013 Agreement shall be amended to read as follows:

> **ARTICLE** 7 is guided by 49 USC § 31106 and all other applicable Federal Standards. The Federal Security Standards were amended after the Effective Date of this Agreement. The Federal Security Standards in Effect in March 2013 follow:
>
> Upon request, AAMVA shall make available to the following designated entities information in the system as follows:

a. To a State authorized official as required to carry out the responsibilities under the Commercial Driver's License Program: information on all driver records but only as it relates to a particular official State task or function;
b. To FMCSA: all information on all driver records, including non-CDL holders who operate CMVs.
c. To third party service providers: access to CDLIS Central Site master pointer records only for the purpose of locating a commercial driver's State of record after the third party service provider has entered into an agreement with AAMVA and either (i) has received a copy of the signed written consent from the driver for release of the information pertaining to that driver or (ii) has entered into a written agreement with the party requesting CDLIS Central Site master pointer records requiring that it will not request CDLIS Central Site master pointer records for a driver unless and until it has obtained the driver's consent (evidenced in accordance with standards approved in advance by FMCSA) for release of the information pertaining to that driver. AAMVA or its authorized representative will conduct an annual review with each third party service provider to ensure that the provider is receiving and maintaining records of each driver's consent and of the written assurances from requesting parties that such parties have received the required prior consent from the driver whose CDLIS information is being sought. Documentation evidencing consent must be retained for a period of 3 years. In conducting these reviews of third party service providers, AAMVA or its authorized representative may utilize a reasonable sampling methodology in accordance with procedures approved in advance by FMCSA.

3. Except as expressly provided in this First Addendum, all provisions of the 2013Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have caused this First Addendum to be executed and delivered as of the date and year written above.

**FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION**

By: WILLIAM AMBROSE QUADE III Digitally signed by WILLIAM AMBROSE QUADE III Date: 2018.10.18 09:55:25 -04'00' ______________________

______________________ [print name]

______________________ [print title]

Date: _____________, 2018

**AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS**

By: Anne Ferro Digitally signed by Anne Ferro DN: dc=ad, dc=aamva, ou=User Accounts, ou=Staff, cn=Anne Ferro, email=AFerro@aamva.org Date: 2018.10.16 07:33:02 -04'00' ______________________

Anne S. Ferro
President and Chief Executive Officer

Date: _____________, 2018

101118