# B

**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-2547 |

**DECLARATION OF THOMAS J. LIBERATORE**

Pursuant to 28 U.S.C. § 1746, I, Thomas J. Liberatore, declare and state as follows:

1. I am the Acting Associate Administrator in the Office of Safety at the Federal Motor Carrier Safety Administration ("FMCSA" or "Agency"), an operating administration of the U.S. Department of Transportation.

2. As Acting Associate Administrator for Safety, I support FMCSA's mission of reducing crashes, fatalities, and injuries involving large trucks and buses. I oversee FMCSA's safety operations, including all Division Offices, Service Centers, and Headquarters safety and enforcement operations. FMCSA's Headquarters safety and enforcement operations is comprised of the Office of Enforcement and Compliance and Office of Safety Programs, which includes the Commercial Driver's License ("CDL") Division. The CDL Division works to develop, maintain, and enforce standards for testing and ensuring the fitness of commercial motor vehicle drivers and, in coordination with the American Association of Motor Vehicle Administrators ("AAMVA") and the States, works to ensure the Commercial Driver's License Information System ("CDLIS") is operated in accordance with applicable Federal laws and regulations.

3. In my official capacity, I have access to FMCSA records reflecting its oversight of CDLIS, as well as the development, maintenance, and enforcement of CDL standards. I have access to the information referenced herein. As such, I am fully familiar with the facts set forth in this declaration.

**CDLIS Cooperative Agreements**

4. Section 12007(c) of the Commercial Motor Vehicle Safety Act of 1986, as amended, (Public Law 99-570, 100 Stat. 3207, October 27, 1986) (" CMVSA") directed the Secretary to establish an information system, now known as CDLIS, to serve as a clearinghouse and depository of information about the licensing, identification, and disqualification of operators of commercial motor vehicles. 49 U.S.C. § 31309.

5. In 1988, the Federal Highway Administration, FMCSA's predecessor agency, entered into a Designation Agreement (1988 CDLIS Agreement) pursuant to 49 U.S.C. § 31309 with AAMVA and its former affiliate AAMVAnet, Inc. to establish a communications network to implement CDLIS. The agreement designated AAMVAnet the CDLIS operator.[1] The Motor Carrier Safety Improvement Act of 1999, Public Law 106-159, § 106(b), 113 Stat. 1748, transferred the agreement from the Federal Highway Administration to FMCSA.

6. In 2008, FMCSA and AAMVA entered into a Cooperative Agreement regarding the operation, management, administration, and modernization of CDLIS (2008 CDLIS Agreement). Among other things, the 2008 Agreement set forth the terms and conditions under which AAMVA would continue to serve as the manager, administrator, and operator of CDLIS and carry out its modernization. The 2008 CDLIS Agreement was executed under the authority of 49 U.S.C. § 31309.

---

[1] In 2002, AAMVAnet, Inc. was merged into AAMVA. Accordingly, AAMVAnet, Inc. no longer exists as a separate corporation.

7. In an agreement signed on March 20, 2013, FMCSA and AAMVA agreed to supplement the 2008 CDLIS Agreement to address, among other things, the intervening completion of the modernization of CDLIS. The 2008 CDLIS Agreement, as supplemented by the March 20, 2013 agreement and three addendums dated October 16, 2018, June 13, 2022, and September 30, 2023, is referred to as the "2013 CDLIS Agreement." The 2013 CDLIS Agreement was executed under the authority of 49 U.S.C. § 31309. A true and correct copy of the portions of the 2013 CDLIS Agreement relevant to this litigation—the March 20, 2013 agreement and October 16, 2018 addendum—are attached to the Federal Defendants' opposition brief as "Exhibit A"

8. Section 7(b) of the 2013 CDLIS Agreement states that "Upon request, AAMVA shall make available…" "[t]o FMCSA: all information on all driver records, including non-CDL holders who operate [commercial motor vehicles]."

**FMCSA's Oversight of State Non-Domiciled CDL Issuance Practices**

9. The CMVSA, as amended, mandated that the Secretary of Transportation establish and enforce uniform, minimum federal standards for State CDL programs for testing and ensuring the fitness of commercial drivers. 49 U.S.C. § 31301 *et seq*. This authority was delegated to FMCSA. 49 U.S.C. § 113(f); 49 CFR 1.87(e). FMCSA does not issue CDLs or Commercial Learner's Permits ("CLPs") to drivers.

10. The CMVSA, as amended, established performance standards with which State CDL programs must comply to avoid having amounts withheld from Highway Trust Fund apportionment under 49 U.S.C. § 31314 and to avoid CDL program decertification under 49 U.S.C. § 31312. 49 U.S.C. § 31311(a).

11. FMCSA's safety mandate requires the Agency to ensure that each State issues CDLs to the same rigorous safety standards. As part of its oversight obligations, FMCSA conducts comprehensive Annual Program Reviews for each State CDL program in accordance

with 49 CFR 384.307 to verify that the CDL programs are in substantial compliance with the requirements of 49 U.S.C. § 31311(a) and its implementing regulations in 49 CFR Part 383 and Part 384, Subpart B.

12. States are authorized to issue CDLs and CLPs to individuals who are not domiciled in their State, but if they choose to issue non-domiciled CDLs or CLPs, they must do so in accordance with regulations prescribed by FMCSA. 49 U.S.C. § 31311(a)(12)(B)(ii). State CDL programs are also required to enforce federal CDL and CLP standards. 49 U.S.C. § 31301 *et seq*.

13. Executive Order 14286, "Enforcing Commonsense Rules of the Road for America's Truck Drivers," directed FMCSA to "review non-domiciled [CDLs] issued by relevant State agencies to identify any unusual patterns or numbers or other irregularities" and "to take appropriate actions to improve the effectiveness of current protocols…." 90 Fed. Reg. 18759 (Apr. 28, 2025). Accordingly, as part of the 2025 Annual Program Reviews, FMCSA conducted an in-depth review of State procedures and policies in issuing non-domiciled CLPs and CDLs.

14. FMCSA's 2025 Annual Program Reviews uncovered evidence of systemic, nationwide regulatory non-compliance by States in the issuance of non-domiciled CLPs and CDLs, identifying more than 30 states that failed to adhere to non-domiciled CDL regulations. This breakdown resulted in tens of thousands of improperly issued CDLs, highlighted by error rates of 53 percent in New York, 49 percent in Texas, and 25 percent in California. Further, the 2025 Annual Program Reviews also uncovered evidence that some States have issued non-compliant standard CDLs because they failed to comply with the Federal regulatory framework.

15. Accordingly, FMCSA issued Preliminary Determination of Noncompliance letters to 25 States, including California and New York, which also received Final Determinations of Substantial Noncompliance.[2]

**Need for the Requested CDLIS Data**

16. To support FMSCA's statutorily-mandated oversight of State CDL programs, FMCSA provided a letter to AAMVA on June 25, 2026, requesting information for all individual pointers within CDLIS for the last five years in accordance with Article 7(b) of the 2013 CDLIS Agreement. Compl., Exh. 1, ECF 1-2 at 2. In a subsequent letter to AAMVA, FMCSA explained that the Agency would use the CDLIS data as part of FMCSA's ongoing statutory and regulatory oversight efforts to ensure the integrity and issuance of CDLs. *Id*. at 5. In a letter to AAMVA, dated July 24, 2026, the Agency reiterated that, "FMCSA intends to use [the] data to execute its statutory and regulatory mandates under 49 U.S.C. Chapters 311 and 313, including verifying [CDL] validity and conducting motor carrier assessments." *Id*. at 9.

17. Obtaining the requested CDLIS data will aid FMCSA's continuous monitoring of State non-domiciled and standard CLP and CDL issuance practices to ensure they are complying with 49 CFR Part 383 and 49 CFR Part 384, Subpart B. FMCSA intends to use the data to ensure that States issue CLPs and CDLs to drivers who are qualified, properly trained, and do not pose significant safety risk, and to assess whether significant safety incidents were caused by drivers who were improperly issued a CLP or CDL. Without the requested CDLIS data, FMCSA will be hindered in its statutory obligation to oversee State CDL issuance and ensure national compliance and uniformity.

[2] Preliminary determinations of noncompliance and the final determination of substantial noncompliance for California are available at https://www.regulations.gov/docket/FMCSA-2025-0622/document.

18. FMCSA is unable to obtain the full set of data from CDLIS through other means. Though FMCSA can make bulk queries of CDLIS data, doing so requires that FMCSA input a driver's license number for each of the driver records FMCSA seeks to obtain. Because CDLs are issued by States, FMCSA does not have a list of corresponding numbers for each CDL in CDLIS and thus cannot perform a bulk query that would capture all relevant records.

19. Furthermore, obtaining the requested CDLIS data supports FMCSA's on-going efforts to comply with Executive Order 14286, which explicitly directed FMCSA to "review non-domiciled [CDLs] issued by relevant State agencies to identify any unusual patterns or numbers or other irregularities…." FMCSA's centralized access to the requested CDLIS data will facilitate the Agency's review of State non-domiciled and standard CDL issuance records, assist the Agency in assessing instances and improper CDL issuance and determining whether such noncompliant practices are widespread, help the Agency evaluate the efficacy of Federal oversight, and support the Agency's efforts to ensure that every driver permitted to operate an 80,000-pound commercial motor vehicle on the Nation's roadways is properly verified, tested, licensed, and qualified.

20. Consequently, obtaining the requested CDLIS data is critical for FMCSA to verify regulatory compliance, correct systemic errors, and fulfill its statutory duty to protect the traveling public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2026, at Washington, D.C.

By: THOMAS JOSEPH LIBERATORE
Digitally signed by THOMAS JOSEPH LIBERATORE
Date: 2026.08.17 12:29:13 -04'00'

Thomas J. Liberatore
Acting Associate Administrator for Safety
Federal Motor Carrier Safety Administration
U.S. Department of Transportation