# CIVIL MOTION MINUTES

Date: 8/20/26

Judge: Trenga
Reporter: R. Montgomery

Time: 10:03 am – 11:23 am

Civil Action Number: 1:26cv2547

State of Illinois, et al
vs.
United States Department of Transportation, et al

Appearances of Counsel:

**Pltf** – **Megan Keenan**
**Mitchell Reich**
**Karthik Reddy**

**Deft - Matthew Mezger**
**Eitan Sirkovich**

#2 Emergency Motion for Temporary Restraining Order

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( )Held in Abeyance (**X**) Taken Under Advisement ( ) Continued to ( ) Overruled

( ) Memorandum Opinion to Follow

( ) Order to follow