**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-2547 (AJT/IDD) |

**DECLARATION OF JENNIFER PORCARI**

I, Jennifer Porcari, declare:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I base the facts in this declaration on my own personal knowledge, on AFT's business records, and on publicly available records within AFT's possession.

2. I am the Director of the Public Employees Department at the American Federation of Teachers. I have served in this role since 2022. I have been employed by AFT since 1997.

3. In my role as Director of the AFT Public Employees Department, I engage in the day-to-day supervision of all matters for the AFT that support our federal, state, and local government members and serve as a core member of the AFT management team.

4. The AFT is a national labor union representing approximately 1.875 million members who work in every U.S. state, the District of Columbia, Puerto Rico, Guam, and the U.S. Virgin Islands. The AFT is affiliated with approximately 3,500 local unions throughout the United States. AFT is headquartered in Washington, D.C.

5. Six divisions within the AFT represent the broad spectrum of AFT's membership: pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state, and local government employees; nurses and other healthcare professionals; and retirees.

6. Membership in the AFT is usually established by joining an AFT-affiliated local union, a council of locals, or, in some cases, a statewide affiliate. Most AFT locals are organized around a specific employer, such as a school district, a hospital, or a state, and require that members be employed by that employer to receive the full privileges of union membership.

7. AFT's mission is to champion fairness; democracy; economic opportunity; and high-quality public education, healthcare, and public services for our students, their families, and our communities, in part by advancing the labor interests of its members and would-be members. AFT is committed to advancing these principles through community engagement, organizing, collective bargaining, and political activism, and especially through the work our members do.

8. As part of its work, AFT has taken actions in courts, legislatures, and elsewhere, to ensure that personal information that its members submit to government agencies is only used for lawful purposes.

9. AFT represents approximately 11,000 workers in the U.S. transportation industry, including school bus drivers and maintenance drivers, in Florida, Illinois, Texas, New York, Colorado, Kansas, Montana, Alabama, Georgia, and New Mexico who are required to hold a commercial driver's license (CDL) as a condition of their employment.

9. Although AFT does not collect citizenship information about its members, I am aware that its affiliates include lawfully present, noncitizen members who currently, or previously, held CDLs. I am also aware that these members are fearful as to how government

agencies would use their information to launch immigration investigations and enforcement actions against their loved ones.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on August 31, 2026

Jennifer Porcari (Aug 31, 2026 18:19:53 EDT)

Jennifer Porcari

# Porcari Declaration Final 8-31

Final Audit Report 2026-08-31

| | |
|---|---|
| Created: | 2026-08-31 |
| By: | channing cooper (ccooper@aft.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA49oYEXK2Pejtrze6IFpFOMbzYYbmP5Kr |

## "Porcari Declaration Final 8-31" History

Document created by channing cooper (ccooper@aft.org)
2026-08-31 - 10:18:07 PM GMT

Document emailed to Jennifer Porcari (jporcari@aft.org) for signature
2026-08-31 - 10:18:11 PM GMT

Email viewed by Jennifer Porcari (jporcari@aft.org)
2026-08-31 - 10:18:30 PM GMT

Document e-signed by Jennifer Porcari (jporcari@aft.org)
Signature Date: 2026-08-31 - 10:19:53 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-08-31 - 10:19:53 PM GMT