**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-2547 (AJT/IDD) |

**DECLARATION OF JANE DOE**

I, Jane Doe, declare as follow:

1. I work for the Springfield Public Schools as an assistant driver trainer. I am a member of Oregon School Employees Association, an affiliate of the American Federation of Teachers.

2. I applied for a commercial driver's license with the California Department of Motor Vehicles in 2001. Beginning in 2019, I have renewed that license through Oregon Driver and Motor Vehicle Services. In so doing, I provided these agencies with sensitive personal information, including my address, date of birth, and social security number.

3. I understand that the Federal Motor Carrier Safety Administration has demanded that the American Association of Motor Vehicle Administrators provide it with records relating to every driver in the entire CDLIS database going back five years, for the purpose of turning the records over to DHS to use for purposes of immigration enforcement. These records would include my sensitive personal information.

4. I do not want my information disclosed in such a way.

5. I am signing this declaration under the name Jane Doe because I am worried about retaliation against me if I use my real name.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026

/s/ Jane Doe

Jane Doe