**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

STATE OF ILLINOIS, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

*Defendants*.

No. 1:26-cv-2547 (AJT/IDD)

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Wednesday, September 16, 2026, at 10:00 a.m., or as soon as the undersigned may be heard, Proposed Intervenor American Federation of Teachers will present to the Court its Motion to Intervene.

Counsel conferred with counsel for federal agency Defendants pursuant to Local Civil Rule 7(E) as to the hearing date. Plaintiffs proposed expediting in order to hear this Motion at the same time as the Motion for Preliminary Injunction is set to be heard on September 10, 2026, and Defendants opposed expediting the hearing on this Motion. Counsel for Proposed Intervenor is prepared to be heard on September 10, 2026, should the Court wish to take up both matters together.

Dated: September 1, 2026

Adam R. Pulver
(pro hac vice application forthcoming)
Nandan M. Joshi
(pro hac vice application forthcoming)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org
njoshi@citizen.org

/s/ Mark Hanna
Mark Hanna (Virginia Bar No. 45442)
Murphy Anderson PLLC
1401 K Street NW
Suite 300
Washington, DC 20005
(202) 223-2620
mhanna@murphypllc.com

*Counsel for Proposed Intervenor*