**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| State of Illinois, et al.,<br>Plaintiffs<br>v.<br>United States Department of Transportation, et al.,<br>Defendants | No. 1:26-cv-2547 |

## SECOND DECLARATION OF CIAN CASHIN

I, Cian Cashin, pursuant to 28 U.S.C. § 1746, do hereby state and declare as follows:

1. My name is Cian Cashin.

2. I am over the age of 18 and competent to make this declaration, and I have personal knowledge of all facts set forth herein.

3. I currently serve as the Vice President of Government Affairs for the American Association of Motor Vehicle Administrators (AAMVA), which has been named as a defendant in the above-captioned case.

4. AAMVA manages the master pointer records maintained in the Commercial Driver's License Information System (CDLIS). At last count, CDLIS included 17,371,772 master pointer records. (The precise number of master pointer records changes frequently as States add new commercial drivers and remove old ones.)

5. I asked our information technology staff to identify how many of the 17,371,772 records included Social Security numbers.

6. I am informed by staff that 17,274,123 of the master pointer records contain Social Security numbers. That amounts to 99.44% of all the master pointer records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 3, 2026

__________________

Cian Cashin