# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **9/10/2026** Judge: **Trenga**
Time: **10:01 - 10:38** Reporter: **R. Montgomery**

Civil Action Number: **1:26-cv-2547**

**STATE OF ILLINOIS, ET AL**

**V.**

**UNITED STATES DEPARTMENT OF TRANSPORTATION, ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| **Megan Keenan**<br>**Mitchell Reich**<br>**Karthik Reddy** | **Matthew Mezger**<br>**Eitan Sirkovich**<br>**Noah Katzen**<br>**Benjamin Hayes**<br>**Jay Johnson**<br>**Emma Blaser**<br>**Scott Sheffler** |

Motion to/for:
[84] Motion for Preliminary Injunction by pltf.

Argued and
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(**X**) Taken Under Advisement ( ) Continued to

(**X**) Order to Follow