IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-2547 (AJT-IDD) |
| U.S. DEPARTMENT OF TRANSPORTATION, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court upon the American Federation of Teachers' ("AFT") Motion to Intervene (the "Motion"), [Doc. No. 91], as a plaintiff in this case as a matter of right under Rule 24(a) of the Federal Rules of Civil Procedure or, alternatively, with the Court's permission under Rule 24(b). Upon consideration of the Motion, the memoranda in support thereof, [Doc. No. 92], and opposition thereto submitted by the Federal Defendants, [Doc. No. 110], and the arguments by counsel at the hearing held on September 16, 2026, and for the reasons stated below, it is hereby

**ORDERED** that the Motion be, and the same hereby is, GRANTED, the Court finding that permissive intervention, pursuant to Rule 24(b), is warranted on the grounds that (1) AFT's Motion was timely filed; (2) AFT has a claim or defense that shares with the main action a common question of law or fact; and (3) the intervention will not unduly delay or prejudice the adjudication of the original parties' rights; and it is further

**ORDERED** that AFT shall file its complaint in intervention no later than five (5) days after the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

September 21, 2026
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge