**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| State of Illinois, et al.,<br><br>Plaintiffs<br><br>v.<br><br>United States Department of Transportation, et al.,<br><br>Defendants. | No. 1:26-cv-2547 |

**DEFENDANT AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS' MOTION TO CLARIFY INJUNCTION**

Defendant American Association of Motor Vehicle Administrators respectfully moves to clarify the Court's preliminary injunction order (ECF 113) in light of Defendant Federal Motor Vehicle Safety Administration's failure to award nine grants for which AAMVA has applied. Because the funding for at least some of these grants may expire at the end of the fiscal year—which is today, September 30, 2026—AAMVA must file this motion to protect its interests. If the grants are awarded in the normal course, as AAMVA still hopes they will be, it will withdraw this motion. But as things now stand, AAMVA is filing this motion and the accompanying memorandum to seek clarity on the scope of the Court's preliminary injunction.

AAMVA sought the other parties' positions on this motion. Plaintiff States and Intervenor-Plaintiff American Federation of Teachers take no position. Federal Defendants oppose this motion.

Dated: September 30, 2026

Respectfully submitted,

*s/ Jay C. Johnson*

Jay C. Johnson, VSB 47009
Scott Sheffler, pro hac vice
Emma Blaser, pro hac vice
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
jcjohnson@venable.com
202-344-4000

Kyle Keraga, pro hac vice
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
kkeraga@venable.com
410-244-7400

Counsel for Defendant
American Association of
Motor Vehicle Administrators

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record in this case.

*/s Jay C. Johnson*

Jay C. Johnson, VSB 47009
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
jcjohnson@venable.com
202-344-4000