**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| State of Illinois, et al.,<br><br>Plaintiffs<br><br>v.<br><br>United States Department of Transportation, et al.,<br><br>Defendants. | No. 1:26-cv-2547 |

**DECLARATION OF WENDY SIBLEY**

I, Wendy Sibley, pursuant to 28 U.S.C. § 1746, do hereby state and declare as follows:

**A. Name and Background**

1. My name is Wendy Sibley. I am over the age of eighteen and competent to make this declaration. All facts stated herein are based on my personal knowledge, my conversations with my colleagues, and my review of relevant business records.

2. I offer this declaration in support of Plaintiffs' motion to clarify the preliminary injunction entered September 17, 2026.

3. I currently serve as Vice President of Finance and Chief Financial Officer of the American Association of Motor Vehicle Administrators (AAMVA), a named defendant in this action. As the CFO, I support AAMVA's financing, accounting, contracting, and procurement functions and sit on related directorial committees.

4. My work touches many of AAMVA's functions, including its operation of the Commercial Driver's License Information System (CDLIS). Every year, our contracts administration team drafts grant proposals, submits them to federal agencies, and secures the funding we need to update and improve CDLIS. Those technical improvements can be very important

to make sure that CDLIS effectively detects fraudulent and duplicate commercial driver's licenses, and delivers its information to state agencies quickly and accurately.

**B. AAMVA's Reliance on FMCSA Grants**

5. AAMVA applies annually to receive grants through the Commercial Driver's License Program Implementation grant pipeline maintained by the Federal Motor Carrier Safety Administration (FMCSA). A copy of the most recent Notice of Funding Opportunity for grants under this program is attached as Exhibit 1.

6. Our organization has received and relied on these grants for years to help improve CDLIS functions and offer other important services for our member states in regard to their commercial driver's license (CDL) programs. In many cases, we submit the same applications on a year-over-year basis to ensure that we have sustained funding for important services. To provide a few examples, we routinely apply for and receive FMCSA funding for improvements to CDLIS; for CDLIS report analysis for state agencies; and for maintenance and support of the CDLIS file exchange portal.

7. This year, AAMVA submitted nine grant proposals seeking $12.4 million in funding for CDLIS improvements and other services. Those proposals are as follows:

a. CDLIS CD31 Enhancements
b. CDLIS State Reports Analysis and Technical Assistance
c. CDLIS File Exchange Portal
d. CDLIS In-Person Jurisdictional Training
e. CDLIS Enhancements to Conviction/Withdrawal Reporting
f. CDL IT Coordinators Meeting
g. CDL Train the Trainer and Audit Program
h. DTET (Driver Testing & Examiner Training) Subcommittee Support
i. CSTIMS (Commercial Skills Test Information Management System)

8. Grants like the ones AAMVA has applied for expire at the end of each fiscal year, September 30. In my experience, such grants are usually awarded before the end of the fiscal

year, often in late August or early September. This year, however, none of the nine grants described above have been awarded as of the morning of September 30, 2026.

9. While in some years grants have been awarded at the last minute, I am concerned that this year FMCSA may deny AAMVA's grants or delay its response so that those grants expire because AAMVA did not surrender the master pointer records at issue in this case in response to the government's demands earlier in the summer.

### C. AAMVA Submitted Five Proposals Funding Necessary CDLIS Improvements

10. Five of AAMVA's proposals support CDLIS itself by funding technical maintenance, upgrades, and specialized assistance related to the platform. A denial of these funds could have serious impacts on CDLIS's functionality and usability.

11. AAMVA's proposal titled **CD31 Enhancements** requests $410,000 for one year to support CD31, a data validation rule regarding the master pointer records in CDLIS. The CDLIS Central Site uses a pointer-based system to redirect inquiries about a commercial driver to the appropriate state of record, where the driver's records are stored. The CD31 rule helps verify the master pointer records held at the Central Site and catch missing pointers, broken pointers, and other data-quality errors. That process is critical for ensuring that state agencies can retrieve correct and complete driver histories, meeting our goal of "one license, one record."

12. Although CD31 is very helpful, improvements are ongoing. That is why this grant has been funded since 2017. States with a high volume of commercial drivers can face multi-day delays getting results through CDLIS, so improving CD31's response time is a high priority and an ongoing project. The funding requested in this grant is intended to support that effort. If the funding is denied, jurisdictions will continue to face multi-day delays in obtaining CD31 results, slowing the correction of incorrect or broken master pointer records. That can have real effects on the accuracy of reporting of convictions and withdrawals.

13. The proposal titled **CDLIS State Reports Analysis and Technical Assistance** seeks $353,000 over two years to fund analysis of CLIS state reports and provides technical assistance to the states on those reports. CDLIS reports are a key tool for states to ensure they

meet their regulatory requirements, including 49 CFR Parts 383 and 384. Because states' needs evolve, CDLIS reports have to be continually analyzed and updated to keep pace, and the jurisdictions that use them often require technical support. FMCSA has continually funded this proposal since 2012 to ensure that AAMVA has the capacity to meet those needs. If this proposal is now denied, states would no longer receive updates to CDLIS reports and would lose access to the analytical support that helps them interpret and act on those reports. That would increase the risk of late disqualification notices and weaker performance in compliance reviews.

14. The proposal titled **CDLIS File Exchange Portal** seeks $104,000 over one year to continue to provide maintenance and support for a data exchange platform. The CDLIS File Exchange is a fallback for CDLIS inquiries—it gives states another path to report convictions, withdrawals, and negations when the normal CDLIS transmission path fails due to outages, data errors, or other technical problems. The money provided by this grant, which has been funded since 2024, will allow AAMVA to operate and update the portal as needed. The loss of that funding would halt continued operations and development of this important tool, forcing states to rely on email or physical mail for exception reporting. That would have no audit trail, slower notification to the licensing state, and a higher risk that a disqualified or convicted driver keeps operating before the other state is notified.

15. The proposal titled **Conduct In-Person Jurisdictional Training for CDLIS** requests $162,000 over one year to enable AAMVA to provide in-person training and technical assistance for state agency staff. This is for new work, never before funded, although we applied for funding in FY25 and were denied. The in-person training covers many aspects of the commercial driver's license program and CDLIS itself. It teaches agency staff to handle known, recurring data-quality and compliance failures—including misrouted transactions, unposted convictions and withdrawals, and incorrect court identifiers. Without this live training, these and other common issues will go unaddressed at their root cause because virtual resources

have proven far less effective at covering these gaps. That will worsen the data quality in CDLIS and increase the risk that unsafe drivers are not correctly flagged.

16. The proposal titled **CDLIS Enhancements to Conviction/Withdrawal Reporting** seeks $1.5 million over 3 years to fund technical deliverables designed to ensure that foreign drivers' information is properly captured within the CDLIS system. This new grant will support two enhancements: (1) designing electronic reporting of convictions and withdrawals for all foreign drivers, not just those from Canada and Mexico; and (2) removing unnecessary SSN and Sex fields from the master pointer record database to comply with CDLIS data minimization requirements. If this funding is not granted, CDLIS would retain unnecessary personally identifiable information, while foreign drivers who have convictions or withdrawals on their records may go unnoticed by the CDLIS system.

### D. AAMVA Submitted Four Proposals Funding CDL Program Support Services

17. The other four grant proposals submitted by AAMVA are meant to fund other services related to the commercial driver's license program. These services help state driver's licensing agencies administer tests and audits for commercial driver's licenses and keep the testing program free from fraud. They also help train state agency officials in the use of CDLIS and other information technology services.

18. The proposal titled **CDL IT Coordinators Meeting** seeks $3.2 million over three years to continue funding the annual national conference for state commercial driver's license administrators. This proposal has been continually funded since 2010, and the meeting it funds is the primary national forum for jurisdictions to receive federal policy updates and coordinate their commercial driver's license programs. It connects jurisdictional program coordinators, examiners, court liaisons, and technical staff with AAMVA members and FMCSA personnel, all of whom discuss federal updates, training, and coordination across state lines.

19. If this proposal is denied, the conference would not be able to proceed. The loss of that conference would eliminate the main venue for keeping all 51 jurisdictions in alignment with regulatory changes, weakening the collaborative pipeline that informs how licensing priorities

are coordinated and implemented nationwide. That would be a significant loss to communication and collaboration in managing commercial driver's licenses.

20. The proposal titled **CDL Train the Trainer (TtT) and Audit Program** requests $1.7 million over three years fund three annual training events AAMVA has held for state agency officials since 2011. These meetings include one course meant to train program auditors and two courses meant to train compliance auditors. By providing instructions for trainers, these programs give state licensing agencies a pipeline of qualified auditors and trainers across jurisdictions. If FMCSA doesn't fund this program, jurisdictions facing shortfalls in trained and certified commercial driver's license auditors would see that shortage worsen. Auditor training would also become inconsistent across states due to a lack of standardized curriculum. Also, the lack of training for testers would weaken fraud and irregularity detection in skills testing.

21. The proposal titled **DTET Subcommittee Support** seeks $626,000 over four years to fund various support services AAMVA has provided the Driver Testing/Examiner Training Subcommittee since 2009. For example, AAMVA staffs twelve monthly virtual meetings and one annual in-person meeting for the subcommittee. Moreover, on behalf of the committee, AAMVA maintains and updates the CDL Modernized Test System and manuals, such as the Driver's Manual, Examiner's Manual, and Instructor's Guide, which are used by 42 jurisdictions around the country. If this funding is lost, that system would stop being systematically updated to align with evolving regulations and testing procedures, and various states' license programs may become out of date.

22. The proposal titled **CSTIMS** seeks $4.4 million over 1 year for the Commercial Skills Test Information Management System (CSTIMS), which FMCSA has funded since 2011. This cloud-based system was purpose-built by AAMVA for states and third-party testers to manage CDL skills testing and prevent fraud. This grant funds enhancements to that platform. This year, our planned improvements include better test-result validation and access controls;

an AI-based fraud-pattern detection research pilot; integration with state agencies' systems to reduce the need for manual data entry; and native mobile apps for auditors.

23. This proposal funds a custom-built system that AAMVA itself designed and maintains, and AAMVA alone operates. If FMCSA cuts funding, there will be no other source of support for CSTIMS, delaying planned fraud-detection and access-control improvements indefinitely. CSTIMS' core operations would also be unfunded, directly elevating fraud risks in commercial driver's license testing nationwide.

### E. Impact of Non-Award on Commercial Driver's License Program

24. All nine proposals AAMVA has submitted this year are important to the commercial driver's licensing program. Most have been held for 10 to 17 years, and all are sole-source, either because they involve work specific to CDLIS (which AAMVA operates) or because AAMVA itself built, operates, and maintains the systems and programs they are meant to fund. As a result, no other vendor can easily step in to fill AAMVA's place if these proposals are not funded.

25. If the agency refuses to award these grants based on AAMVA's failure to turn over the master pointer records the government demanded this summer, there will be serious practical consequences for the commercial driver's licensing system. Important CDLIS integrity work will stall, resulting in slower correction of broken pointer records and data quality problems that will require unwieldly manual workarounds to correct. The loss of trainings and venues will erode national coordination infrastructure that is used to keep jurisdictions in alignment with federal policy changes. Work meant to improve CSTIMS and other testing systems will also stop, resulting in fewer qualified testers and a greater risk of fraud.

26. Importantly, the loss of these funds will also risk leaving the States out of alignment with regulatory requirements. These proposals are sustainment and enrichment grants layered onto systems and processes states are required to employ under 49 C.F.R. Parts 383 and 384. A non-award will not pause or excuse the underlying federal mandate, but it will cut the funds jurisdictions need to satisfy that mandate. As a result, it is more likely that jurisdictions will

not be able to fully comply with federal law if funding is cut and these necessary improvements are not made.

**F. Efforts to Confirm Grant Award Timing and Expiration**

27. Given the context of this case, the lack of notice about AAMVA's grant awards, and the approaching end of the fiscal year, I reached out to an FMCSA grant manager on September 23 to ask when AAMVA could expect to hear about its grant awards.

28. The FMCSA grant manager told me that "the initial phase of awards" would be issued by 6pm on Friday, September 25, and that a "second phase" would "be issued as soon as possible in the new FY." FMCSA's grant manager further conveyed that funding for some of the pending awards would expire by September 30, 2026, but did not specify which pending awards would be affected.

29. AAMVA did not receive any of its awards by Friday, September 25, and still has not received any of its awards as of the morning of September 30.

30. Without assurance that the grants AAMVA had applied for would be awarded or would not expire after September 30, I am hopeful that AAMVA will still receive the awards.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2026

*s/ Wendy Sibley*

Wendy Sibley