IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | ) | 1:26-cv-2547 (AJT-IDD) |

**ORDER**

Upon consideration of the Federal Defendant's Expedited Motion for Clarification of the Court's preliminary injunction, [Doc. No. 117], the Motion is **DENIED**. The scope of the preliminary injunction, [Doc. No. 113], is clear on its face with respect to the transfer of the files constituting the Data Demand and to the extent any federal officer or agency is unclear whether an actually contemplated action, decision or course of conduct would be in violation of the Court's Order, those concerns can be brought to the Court for a ruling.

The Clerk is directed to forward a copy of this Order to all counsel of the record.

October 2, 2026
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge