IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | ) | 1:26-cv-2547 (AJT-IDD) |

**ORDER**

The AAMVA has filed a Motion to Clarify the Court's preliminary injunction (the "Motion"), [Doc. No. 122], in which it requests that the Court consider and clarify whether the Federal Defendants' withholding of applied-for funding, as AAMVA has reason to believe has already occurred or may occur, would violate this Court's injunction against the Federal Defendants imposing any "adverse actions against . . . AAMVA based on the failure to transfer to [it] the information requested in the Data Demand, including, without limitation, terminating or threatening to terminate AAMVA's federal contracts or funding . . . or taking any other action that could impair the operation of CDLIS or Plaintiff States' ability to issue commercial driver's licenses . . . ." [Doc. No. 123]; [Doc. No. 113] at 16. Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED** and within fifteen (15) days of this Order, the Federal Defendants file a declaration or declarations under oath stating (1) whether the funding identified in the Motion, or any portion of it, will not be provided, (2) the identity of those persons who are responsible for those decisions, (3) an explanation for why that funding, or any portion of it, will not be provided, particularly in light of previous similar funding that has been provided;

and (4) why withholding the requested funding does not constitute an "adverse action" as set forth in the Preliminary Injunction.

The Clerk is directed to forward a copy of this Order to all counsel of the record.

October 2, 2026
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge