**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, et al.;<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>*Defendants*. | No. 1:26-cv-2547<br><br>Hon. Anthony J. Trenga<br>Hon. Ivan D. Davis |

**PLAINTIFF CONTRACTING STATES AND DEFENDANT AAMVA REPORT OF RULE 26(f) CONFERENCE AND DISCOVERY PLAN**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 26(A), counsel for Plaintiff States Illinois, District of Columbia, California, and Maine ("Contracting States") and Defendant American Association of Motor Vehicle Administrators ("AAMVA") conferred on October 5, 2026, and hereby submit this Report and Discovery Plan.

## I. Discovery Plan

A. Rule 26(a) Disclosures. The parties discussed Rule 26(a)'s disclosure requirements and agreed to make such initial disclosures on or before November 12, 2026.

B. Interrogatories. Each party, including each Contracting State, may serve on any other party up to thirty interrogatories, including parts and subparts, without leave of the Court. Each party reserves its right to request leave to serve additional interrogatories.

C. Depositions. Each party may not exceed five non-party, non-expert witness depositions. Unless otherwise agreed by the parties or ordered by the Court, each deposition shall be limited to a maximum of one day of seven hours of actual testimony. The parties agree that they will make reasonable efforts to agree on dates for deposition convenient to the deponent, counsel, and the parties.

D. Expert Disclosures. None of the parties anticipate expert discovery. But if expert discovery becomes necessary, the parties agree to the sequence and timing of expert disclosures under Local Civil Rule 26(D).

E. Subjects and Timing of Discovery. Subject to and without waiving objections and claims of privilege, the parties anticipate they will seek discovery of information related to the material factual allegations for Contracting States' claims against AAMVA in the operative complaint and information related to AAMVA's responses and defenses to such allegations and claims through its anticipated Answer, and any affirmative defenses, due October 13, 2026. The current discovery completion date is March 12, 2027. Should another case schedule related to other parties be entered, Contracting States and AAMVA reserve the right to request that the Court accordingly modify the discovery completion date.

## II. Consent to Proceed Before a Magistrate Judge

The parties do not unanimously consent to trial before a magistrate judge.

## III. Status of Settlement Discussions

The parties will continue to evaluate the prospect of settlement as the case progresses and will contact the Court if they believe that mediation or settlement conference would be fruitful. No settlement discussions have occurred. The parties do not request a settlement conference at this time.

DATED: October 7, 2026

*/s/ Jay C. Johnson*
Jay C. Johnson, VSB 47009
Scott Sheffler, pro hac vice
Emma Blaser, pro hac vice
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
jcjohnson@venable.com

Respectfully submitted,

**JAY JONES**
Attorney General of Virginia

*/s/ Megan C. Keenan*
Tillman J. Breckenridge (#85647)
*Solicitor General*
Megan C. Keenan (#102489)
*Deputy Solicitor General*

202-344-4000

Kyle Keraga, pro hac vice
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
kkeraga@venable.com
410-244-7400

*Counsel for Defendant American Association of Motor Vehicle Administrators*

*Counsel of Record*
Mikaela A. Phillips (#97164)
*Assistant Solicitor General*
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
804-786-2071
mkeenan@oag.state.va.us
mphillips@oag.state.va.us
*Counsel for Plaintiff Commonwealth of Virginia*

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Katharine Roller*
Cara Hendrickson†
*Executive Deputy Attorney General*
Katharine Roller†
*Complex Litigation Counsel*
Gretchen Helfrich†
*Deputy Chief, Special Litigation Bureau*
Molly Mauck†
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. LaSalle St.,
Chicago, IL 60603
312-814-3000
Cara.Hendrickson@ilag.gov
Katharine.Roller@ilag.gov
Gretchen.Helfrich@ilag.gov
Molly.Mauck@ilag.gov
*Counsel for Plaintiff State of Illinois*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

*/s/ Mitchell P. Reich*
Mitchell P. Reich†
*Senior Counsel to the Attorney General*
Karthik Reddy†
*Special Assistant Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth St. NW
Washington, DC 20001

202-279-1261
Mitchell.Reich@dc.gov
*Counsel for Plaintiff District of Columbia*

**ROB BONTA**
Attorney General of California

*/s/ David Green*
Thomas S. Patterson*
Michael L. Newman*
*Senior Assistant Attorneys General*
Seth E. Goldstein*
Robin L. Goldfaden*
*Supervising Deputy Attorneys General*
David Green†
Maria Buxton†
Chase Goldstein†
Ezra Kautz†
Emilia P. E. Morris†
*Deputy Attorneys General*
1300 I Street, Suite 125
Sacramento, CA 95814
916-210-6242
David.Green@doj.ca.gov
*Counsel for Plaintiff State of California*

**AARON M. FREY**
Attorney General of Maine

*/s/ Halliday Moncure*
Halliday Moncure†
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Halliday.Moncure@maine.gov
*Counsel for Plaintiff State of Maine*

† *Admitted pro hac vice*
* *Pro hac vice forthcoming*