**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-2547 (AJT/IDD) |

**MOTION FOR A STAY UNDER 5 U.S.C. § 705**

Plaintiff-Intervenor American Federation of Teachers (AFT) hereby moves the Court pursuant to 5 U.S.C. § 705 for an order against Defendants United States Department of Transportation (DOT); Sean Duffy, in his official capacity as Secretary of Transportation; Federal Motor Carrier Safety Administration (FMCSA); and Derek D. Barrs, in his official capacity as Administrator of FMCSA (collectively Agency Defendants) staying Agency Defendants' demand to Defendant American Association of Motor Vehicles Administrators (AAMVA) to turn over information contained in the Commercial Driver's License Information System (CDLIS) to Agency Defendants.

This request is based on this Motion, the Complaint in Intervention for Declaratory and Injunctive Relief (ECF No. 115), the memorandum in support that accompanies this motion, the proposed order, the accompanying supporting declarations, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court.

As set forth in the accompanying memorandum in support, a stay is necessary to prevent irreparable harm to AFT's driver members during the pendency of this litigation. The Court's current preliminary injunction enjoins AAMVA from transferring to Agency Defendants only the CDLIS records of the Plaintiff States. PI Order, ECF No. 113, at 16. The preliminary injunction does not explicitly bar AAMVA from complying with FMCSA's data demand to AAMVA with respect to the CDLIS records of commercial drivers who hold licenses from other states, including states where AFT driver members reside. By staying the effectiveness of the Data Demand under 5 U.S.C. § 705, the Court would prevent irreparable harm to AFT's driver members who hold CDLs from non-Plaintiff States by rendering Defendants' data demand without legal effect pending final judgment in this case.

For the foregoing reasons, Plaintiff States respectfully request that the Court enter the proposed stay under 5 U.S.C. § 705 in favor of AFT.

Counsel for AFT has conferred with counsel for the Plaintiff States, Agency Defendants, and AAMVA. Plaintiff States and AAMVA reserve their position until reviewing the instant motion. Agency Defendants oppose this motion.

Dated: October 8, 2026

Respectfully submitted,

/s/ Mark Hanna

Mark Hanna (Virginia Bar No. 45442)
Murphy Anderson PLLC
1401 K Street NW
Suite 300
Washington, DC 20005
(202) 223-2620
mhanna@murphypllc.com

Adam R. Pulver
(admitted pro hac vice)
Nandan M. Joshi
(admitted pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org
njoshi@citizen.org

*Counsel for Plaintiff-Intervenor*