**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-2547 (AJT/IDD) |

**[PROPOSED] ORDER GRANTING MOTION FOR A STAY UNDER 5 U.S.C. § 705**

Having considered the motion for a stay under 5 U.S.C. § 705 of the American Federation of Teachers (AFT), and finding that, pursuant to section 705, it is proper to do so, it is hereby **ORDERED** that the motion is **GRANTED**. The Federal Motor Carrier Safety Administration's (FMCSA) demand that the American Association of Motor Vehicle Administrators (AAMVA) produce Commercial Driver's License Information System pointer records for the last five years is hereby **STAYED** pending further judicial review by this Court.

SO ORDERED, this ___ day of ___________, 2026

______________________________
Hon. Anthony J. Trenga
Senior United States District Judge