**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-2547 (AJT/IDD) |

**SECOND DECLARATION OF JENNIFER PORCARI**

I, Jennifer Porcari, declare:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I base the facts in this declaration on my own personal knowledge, on AFT's business records, and on publicly available records within AFT's possession.

2. I am the Director of the Public Employees Department at the American Federation of Teachers. I have served in this role since 2022. I have been employed by AFT since 1997.

3. In my role as Director of the AFT Public Employees Department, I engage in the day-to-day supervision of all matters for the AFT that support our federal, state, and local government members and serve as a core member of the AFT management team.

4. The AFT is a national labor union representing approximately 1.875 million members who work in every U.S. state, the District of Columbia, Puerto Rico, Guam, and the U.S. Virgin Islands. The AFT is affiliated with approximately 3,500 local unions throughout the United States. AFT is headquartered in Washington, D.C.

5. Six divisions within the AFT represent the broad spectrum of AFT's membership: pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state, and local government employees; nurses and other healthcare professionals; and retirees.

6. Membership in the AFT is usually established by joining an AFT-affiliated local union, a council of locals, or, in some cases, a statewide affiliate. Most AFT locals are organized around a specific employer, such as a school district, a hospital, or a state, and require that members be employed by that employer to receive the full privileges of union membership.

7. AFT's mission is to champion fairness; democracy; economic opportunity; and high-quality public education, healthcare, and public services for our students, their families, and our communities, in part by advancing the labor interests of its members and would-be members. AFT is committed to advancing these principles through community engagement, organizing, collective bargaining, and political activism, and especially through the work our members do. It also works to protect the rights of its members, particularly those rights that relate to their employment.

8. As part of AFT's mission and purpose of supporting educators who interface with government agencies, AFT advocates for the protection and safeguarding of AFT members' personal data, in courts, legislatures, and elsewhere. For instance, AFT has passed resolutions urging the government to enact legislation allowing internet users the choice to opt out of data collection, regulation to enhance individual control over personal data, and regulation to prevent the commercialization of private data. AFT also advocates for the enforcement of government statutes and regulations that protect its members' personal data. And AFT has served as a plaintiff

in several cases challenging the unauthorized disclosure of its members' personal data to or by federal agencies.

9. AFT represents approximately 11,000 workers in the U.S. transportation industry, including school bus drivers and maintenance drivers in Alabama, California, Colorado, Florida, Georgia, Oklahoma, Illinois, Kansas, Michigan, Minnesota, Montana, New Mexico, New York, Oklahoma, Oregon, and Texas who are required to hold a commercial driver's license (CDL) as a condition of their employment.

10. Although AFT does not collect citizenship information about its members, I am aware that its affiliates include lawfully present, noncitizen members who currently, or previously, held CDLs. I am also aware that these members are fearful as to how government agencies would use their information to launch immigration investigations and enforcement actions against their loved ones.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026

Porcari (Oct 5, 2026 17:00:37 EDT)

Jennifer Porcari

# Porcari Declaration Final 10-5 for signature

Final Audit Report 2026-10-05

| | |
|---|---|
| Created: | 2026-10-05 |
| By: | channing cooper (ccooper@aft.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAWwBRrLlfdCxSrlzigIPEFb8N19WYA9lf |

## "Porcari Declaration Final 10-5 for signature" History

Document created by channing cooper (ccooper@aft.org)
2026-10-05 - 5:55:27 PM GMT

Document emailed to Jennifer Porcari (jporcari@aft.org) for signature
2026-10-05 - 5:55:31 PM GMT

Email viewed by Jennifer Porcari (jporcari@aft.org)
2026-10-05 - 5:55:38 PM GMT

Document e-signed by Jennifer Porcari (jporcari@aft.org)
Signature Date: 2026-10-05 - 9:00:37 PM GMT - Time Source: server - Signature Appearance Selected: DRAW

Agreement completed.
2026-10-05 - 9:00:37 PM GMT