**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-2547 (AJT/IDD) |

**DECLARATION OF JOHN DOE**

I, John Doe, declare as follow:

1. I work for the Austin Independent School District as a K-12 school bus driver in Austin, Texas. I am a member of Education Austin, an affiliate of the American Federation of Teachers.

2. I applied for and was issued a commercial driver's license with the Texas Department of Public Safety (DPS) in 2004. I have maintained that license in good standing ever since, renewing it every eight years. In applying for and renewing my license, I have provided DPS with sensitive personal information, including my address, date of birth, and social security number. I provided that information with the expectation that that information would be kept confidential and not disseminated broadly.

3. I understand that the Federal Motor Carrier Safety Administration (FMCSA) has demanded that the American Association of Motor Vehicle Administrators (AAMVA) provide it with records relating to every driver in the entire CDLIS database going back five years. I also understand that FMCSA has stated it will turn these records over to the Department of Homeland

Security (DHS), who would use them for immigration enforcement. These records would include my sensitive personal information.

4. I do not want my information disclosed in such a way. I do not trust the federal government to maintain the information securely and use it appropriately. I do not want the Department of Homeland Security or other agencies that have no connection to my work as a bus driver to have this information. I also do not know how FMCSA would keep my sensitive personal information secure from hackers and others outside the government actors, which is concerning to me.

5. I am signing this declaration under the name John Doe because I am worried about retaliation against me if I use my real name.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2026

/s/ John Doe_______________
John Doe