**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-2547 (AJT/IDD) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on November 4, at 10:00 a.m., or as soon as the undersigned may be heard, Plaintiff-Intervenor American Federation of Teachers will present to the Court its Motion for a Stay under 5 U.S.C. § 705.

Pursuant to Local Civil Rule 7(E), undersigned counsel conferred with counsel for the Plaintiff States, counsel for federal agency Defendants, and counsel for Defendant American Association of Motor Vehicle Administrators (AAMVA) as to the hearing date. No party opposes the November 4, 2026, hearing date at this time.

Dated: October 8, 2026

Respectfully submitted,

/s/ Mark Hanna
Mark Hanna (Virginia Bar No. 45442)
Murphy Anderson PLLC
1401 K Street NW
Suite 300
Washington, DC 20005
(202) 223-2620
mhanna@murphypllc.com

Adam R. Pulver
(admitted pro hac vice)
Nandan M. Joshi
(admitted pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org
njoshi@citizen.org

*Counsel for Plaintiff-Intervenor*