**IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-2547 |

**THIRD DECLARATION OF THOMAS J. LIBERATORE**

Pursuant to 28 U.S.C. § 1746, I, Thomas J. Liberatore, declare and state as follows:

1. I am the Acting Associate Administrator in the Office of Safety at the Federal Motor Carrier Safety Administration ("FMCSA" or "Agency"), an operating administration of the U.S. Department of Transportation ("DOT"). I previously signed and submitted two Declarations in this case, *see* ECF Nos. 45-2; 101-1, and I incorporate by reference the information discussed therein.

2. As Acting Associate Administrator for Safety, I support FMCSA's mission of reducing crashes, fatalities, and injuries involving large trucks and buses. I oversee FMCSA's safety operations, including all Division Offices, Service Centers, and Headquarters safety and enforcement operations. FMCSA's Headquarters safety and enforcement operations is comprised of the Office of Enforcement and Compliance and Office of Safety Programs, which includes the Commercial Driver's License ("CDL") Division. The CDL Division works to develop, maintain, and enforce standards for testing and ensuring the fitness of commercial motor vehicle drivers and, in coordination with the American Association of Motor Vehicle Administrators

("AAMVA") and the States, works to ensure the Commercial Driver's License Information System ("CDLIS") is operated in accordance with applicable Federal laws and regulations.

3. In my official capacity, I have access to FMCSA records reflecting its oversight of CDLIS, as well as the development, maintenance, and enforcement of CDL standards. I have access to the information referenced herein. As such, I am fully familiar with the facts set forth in this Declaration, which were considered by the agency when it issued the August 11 Letter to AAMVA.

**Urgent Need for the Requested CDLIS Data**

4. As explained in my Second Declaration, the requested CDLIS pointer data will serve many of FMCSA's purposes, including investigation and enforcement activities, collection of civil penalties, State performance monitoring (particularly as it relates to the issuance of non-domiciled CDLs), and data analytics. *see* ECF No. 101-1 at 2.

5. Though some of the CDLIS data uses described in my Second Declaration would support the Agency's routine activities, such as collection of civil penalties, FMCSA has an ongoing urgent need for the data to support the Agency's safety critical functions.

6. My First and Second Declarations described the systemic, nationwide regulatory non-compliance by States in issuing non-domiciled commercial learner's permits (CLPs) and CDLs uncovered during the 2025 Annual Program Reviews. FMCSA has an urgent need for the CDLIS data to monitor State compliance with Federal regulations in issuing CLPs and CDLs. The data access is imperative given the Agency's urgent need to monitor the licensing practices of States that have not downgraded unlawfully issued CLPs and CDLs.

7. The requested CDLIS data will enable FMCSA to conduct batch queries to obtain CLP and CDL issuance and expiration dates and other information about the driver and the

licensing process. FMCSA urgently needs this information to cross reference licensing information against other government information systems to ensure States are issuing CDLs to drivers who are qualified, properly trained, and do not pose significant safety risk. FMCSA's immediate access to the CDLIS data is critical to the Agency's ability to be proactive in identifying unqualified CLP and CDL holders and taking them off the road before crashes occur that could result in injuries and fatalities.

8. Further, FMCSA urgently needs the CDLIS data to assess whether significant safety incidents were caused by drivers who were improperly issued a CLP or CDL. Without the requested CDLIS data, FMCSA will be significantly hindered in its ability to act quickly to ensure unsafe and unqualified drivers are taken off the Nation's highways and to ensure that State programmatic failures that resulted in the CDL being issued to an unqualified driver in the first instance are corrected immediately.

9. As explained in my Second Declaration, FMCSA cannot perform a bulk query that would capture all relevant records because the Agency does not have a list of CLP and CDL numbers and cannot obtain that information from other means. This limits significantly FMCSA's ability to perform its statutory obligation to oversee State CDL issuance and ensure national compliance and uniformity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2026, at Washington, D.C.

THOMAS JOSEPH LIBERATORE
Digitally signed by THOMAS JOSEPH LIBERATORE
Date: 2026.10.07 13:48:25 -04'00'

By: ______________________________
Thomas J. Liberatore
Acting Associate Administrator for Safety
Federal Motor Carrier Safety Administration
U.S. Department of Transportation