IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | ) | 1:26-cv-2547 (AJT-IDD) |

**ORDER**

Plaintiff-intervenor American Federation of Teachers ("AFT") has filed a Motion for a Stay under 5 U.S.C. § 705 (the "Motion to Stay"), [Doc. No. 131], in which it seeks an order that stays in its entirety the demand of the Agency Defendants[1] to the American Association of Motor Vehicles Administrators (the "AAMVA") that it turn over to them 17 million files containing personal identifying information on those who have received or applied for commercial driver's licenses (the "Data Demand").

As the Agency Defendants concede, Section 705 of the Administrative Procedure Act (the "APA") "authorizes district courts to postpone the effective date of agency actions to the extent necessary to preserve the status quo and prevent irreparable harm before a final decision can be reached," [Doc. No. 157] at 3, and "[a] party seeking a stay under [Section 705] is subject to the same legal standard governing a motion for a preliminary injunction." *Id.* at 4 (citing *Casa de Maryland, Inc. v. Wolf*, 486 F. Supp. 3d 928 (D. Md. 2020)). On September 17, 2026, the Court entered a Preliminary Injunction Order enjoining AAMVA from "transferring to the Federal

[1] The same Defendants referred to in this Motion as the "Agency Defendants" are referred to as the "Federal Defendants" in the Preliminary Injunction Order. *See* [Doc. No. 113] at 1 (referring to Defendants the Federal Motor Carrier Safety Administration (FMCSA) and the Department of Transportation (DOT)).

Defendants or any agency the Plaintiff States' CDLIS Master Pointer Records, as requested in the Data Demand . . . ." [Doc. No. 113] at 16. [2]

Upon consideration of the Motion to Stay, the memorandum in support thereof, [Doc. No. 158], and AAMVA's response and the Federal Defendants' opposition thereto, [Doc. Nos. 154, 157], the Court finds and concludes that AFT has standing to seek the relief sought in the Motion To Stay, the Court has jurisdiction to grant the Motion to Stay, and for the reasons stated in its Preliminary Injunction Order, the factors governing the issuance of the requested stay weigh in AFT's favor and the issuance of the requested stay is proper under 5 U.SC § 705, and it is hereby

**ORDERED** that AFT's Motion to Stay, [Doc. No. 131], be, and the same hereby is, **GRANTED** and the Agency Defendants' Data Demand is **STAYED** pending further order of the Court; and it is further

**ORDERED** that the hearing on the Motion to Stay currently scheduled for November 4, 2026, is **CANCELLED**.

The Clerk is directed to forward a copy of this Order to all counsel of the record.

/s/
Anthony J. Trenga
Senior United States District Judge

October 29, 2026
Alexandria, Virginia

---

[2] The CDLIS Master Pointer Records contain the limited but highly sensitive personal identifying information, including social security numbers, demanded by the Agency Defendants through their Data Demand.